# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JIM TRAKAS, | : |
| | : |
|     Plaintiff, | : Case No. 1:18-cv-1798 |
| | : |
| v. | : Judge Donald C. Nugent |
| | : |
| CONSERVATIVE ALLIANCE | : REPORT OF PARTIES' |
| POLITICAL ACTION COMMITTEE, ET | : PLANNING MEETING UNDER |
| AL., | : FED. R. CIV. P. 26(f) AND LR 16.3(b) |
| | : |
|     Defendants. | : |

1. Pursuant to FED. R. CIV. P. 26(f) and LR 16.3(b), a meeting was held on September 25, 2018, and was attended by:

David Horvath counsel for plaintiff(s) Jim Trakas

Christopher J. Hogan counsel for defendant(s) Conservative Alliance Political Action Committee

    2. The parties:

        _____ have exchanged the pre-discovery disclosures required by FED. R. CIV. P. 26(a)(1) and the Court's prior order;

        __X__ will exchange such disclosures by October 12, 2018;

    3. The parties recommend the following track:

        _____ Expedited     __X__ Standard     _____ Complex

        _____ Administrative     _____ Mass Tort

1

4. This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

    _____ Early Neutral Evaluation     \_X\_\_ Mediation     _____ Arbitration

    _____ Summary Jury Trial     _____ Summary Bench Trial

    _____ Case not suitable for ADR

5. The parties \_\_\_do/ X do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

    For Plaintiff:

- Identity of parties making accusations against Plaintiff.
- Source of funding for political ads adverse to Plaintiff.
- Facts upon which Defendants and or third parties relied upon in making statements about Plaintiff to the general public.
- Documents in Defendants' possession relating to Plaintiff.
- Depositions of parties involved in publication of statements.
- Depositions of third parties pertaining to accuracy of published statements relating to school funding etc.
- Paper discovery on above issues.
- Discovery of information pertaining to affirmative defenses.
- Depositions of any defense experts or lay witnesses.

<u>For Defendant</u>

Depositions, document requests, interrogatories, and requests for admission regarding, without limitation:

- Each element of Plaintiff's claims, including falsity and actual malice
- Each of Defendant's defenses, including truth and substantial truth
- Applicability of the innocent construction rule
- Plaintiff's reputation and claimed harm/damages
- Any other factual allegations in the complaint

(b)     The parties (indicate one):

_____  agree that there will be no discovery of electronically-stored information;

or

__X__   have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District Ohio Local Rules)

(c)     Non- Expert Discovery cut-off date:  <u>December 28, 2018</u>

(d)     Plaintiff's (or party with the burden of proof on an issue) expert report due date:  <u>January 25, 2019</u>

Defendant's (or party without the burden of proof on an issue) due date: <u>March 1, 2019</u>

Expert Discovery cut-off date: <u>March 31, 2019</u>

7.     Recommended dispositive motion date: <u>April 26, 2019</u>

3

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: February 22, 2019

9. Recommended date for a Status Hearing: November 20, 2018

10. Other matters for the attention of the Court:  n/a


Respectfully submitted,


/s/ *David J. Horvath* (by CJH per email authority)
David J. Horvath(0055989)
7100 E. Pleasant Valley Road, Suite 110
Independence, Ohio 44131
Tel: (216) 986-0860
Fax: (216) 986-0861
djhorvath@hotmail.com

Attorney for Plaintiff Jim Trakas

/s/ Christopher J. Hogan
Marion H. Little, Jr. (0042679)
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
little@litohio.com
hogan@litohio.com

Attorneys for Defendant
Conservative Alliance Political Action
Committee

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2018, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

    David Horvath, Esq.
    7100 E. Pleasant Valley Road, Suite 110
    Independence, OH  44131
    djhorvath@hotmail.com

    Attorney for Plaintiff Jim Trakas

                                        /s/ Christopher J. Hogan
                                        Christopher J. Hogan (0079829)

1178-001:778090