# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JIM TRAKAS, | : |
| | : |
|     Plaintiff, | :    Case No. 1:18-cv-1798 |
| | : |
| v. | :    Judge Donald C. Nugent |
| | : |
| CONSERVATIVE ALLIANCE POLITICAL ACTION COMMITTEE, ET AL., | : |
| | : |
|     Defendants. | : |

## UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Defendant Conservative Alliance Political Action Committee ("CAPAC") moves the Court for a continuance of the Case Management Conference currently scheduled in this matter for October 22, 2018 to October 30, 2018.  The basis for this motion is set forth in the attached memorandum in support.  Counsel for Plaintiff has consented to the requested continuance.  A proposed order granting this motion is attached for the Court's consideration.

                                                Respectfully submitted,

                                                /s/ Christopher J. Hogan
                                                Marion H. Little, Jr. (0042679)
                                                Christopher J. Hogan (0079829), Lead Counsel
                                                ZEIGER, TIGGES & LITTLE LLP
                                                3500 Huntington Center
                                                41 South High Street
                                                Columbus, Ohio 43215-6101
                                                Telephone: (614) 365-9900
                                                Facsimile:  (614) 365-7900
                                                little@litohio.com
                                                hogan@litohio.com

                                                Attorneys for Defendant
                                                Conservative Alliance Political Action Committee

**MEMORANDUM IN SUPPORT**

By its entry of September 6, 2018, the Court scheduled a Case Management conference in this matter for October 22, 2018.  Due to its counsel's previously scheduled involvement in a jury trial set to begin that day in <u>Martin Hughes v. The Fahey Banking Company</u>, Marion County Court of Common Pleas, Case No. 2018 CV 0046 (Finnegan, J.), Defendant CAPAC respectfully moves for an order continuing the CMC conference until October 30, 2018.  Plaintiff has consented to the requested continuance.

Accordingly, the instant Motion should be granted.

                                        Respectfully submitted,

                                        <u>/s/ Christopher J. Hogan</u>
                                        Marion H. Little, Jr. (0042679)
                                        Christopher J. Hogan (0079829), Lead Counsel
                                        ZEIGER, TIGGES & LITTLE LLP
                                        3500 Huntington Center
                                        41 South High Street
                                        Columbus, Ohio 43215-6101
                                        Telephone: (614) 365-9900
                                        Facsimile:  (614) 365-7900
                                        <u>little@litohio.com</u>
                                        <u>hogan@litohio.com</u>

                                        Attorneys for Defendant
                                        Conservative Alliance Political Action Committee

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2018, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

    David Horvath, Esq.
    7100 E. Pleasant Valley Road, Suite 110
    Independence, OH  44131

    Attorney for Plaintiff

    /s/ Christopher J. Hogan
    Christopher J. Hogan (0079829)

1178-001:778532