# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JIM TRAKAS | ) | CASE NO: 1:18 CV 1798 |
| | ) | |
|    PLAINTIFF | ) | JUDGE: Donald Nugent |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **WITHDRAWAL OF MOTION FOR** |
| CONSERVATIVE ALLIANCE | ) | **PRELIMINARY INJUNCTION /** |
| POLITICAL ACTION COMMITTEE, et al | ) | **RESTRAINING ORDER** |
| | ) | |
|    DEFENDANTS | ) | |
| | ) | |

Now comes the Plaintiff, and by and through the undersigned counsel, does hereby provide notice that he is withdrawing his Motion for Preliminary Injunction with Affidavit, Docket No. 12, dated October 11, 2018. Said withdrawal is due to agreement between the parties and the motion is no longer necessary. Plaintiff thereby withdraws his Motion for Injunctive Relief / Restraining Order effective as the filing of this document.

                                        Respectfully submitted,

                                        /s/ *David J. Horvath*___
                                        David J. Horvath  0055989
                                        7100 E Pleasant Valley Rd.
                                        Suite 110
                                        Independence, OH  44131
                                        216-986-0860
                                        djhorvath@hotmail.com

**SERVICE**
       A true and accurate copy of this has been served upon Christopher J. Hogan this 30th day of October, 2018 by way of email at: Hogan@litohio.com.

                                          /s/ *David J. Horvath*___
                                          David J. Horvath  0055989