## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| Trakas,<br><br>    Plaintiff(s)<br>v.<br><br>Conservative Alliance Political Action Committee, *et al.*,<br><br>    Defendant(s). | Date: February 5, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter:<br><br>Case Number: 1:18 CV 1798 |
|---|---|

Status conference held. Counsel for all parties participating. Parties agree that fact discovery should be extended due to deaths in P's counsel's family. Fact discovery extended to 6/1/19. Party with burden on issue to submit expert report by July 1, 2019; responsive reports due 8/1/19; all expert discovery closes 9/3/19. Dispositive due 10/4/19; opposition due 11/4/19; reply due 11/18/19. Status set 5/30/19 @ 11:00 by telephone.

Length of Proceeding: 15

Donald C. Nugent 2/5/19
United States District Judge