## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Jim Trakas,<br><br>　　　　Plaintiff(s)<br>v.<br><br>Conservative Alliance Political Action Committee, *et al.*,<br><br>　　　　Defendant(s). | Date:　May 30, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:18 CV 1798 |

Counsel for all Parties Participating. Plaintiff still working on discovery re: damages.

Discovery cutoff extended to 7/1/19.

Expert Report by 8/1/19.

Responsive Reports due 9/3/19

All Expert Discovery closes 10/3/19

Dispositive motions due 11/1/19.

Opposition Due 12/2/19

Reply due 12/16/19.

Status set 7/3/19 @ 9:30 By Phone.

Length of Proceeding: 10 min

/s/ Donald C. Nugent 5/30/19
United States District Judge