## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Jim Trakas,<br><br>         Plaintiff(s)<br>v.<br><br>Conservative Alliance Political Action Committee, *et al.*,<br><br>         Defendant(s). | Date:   July 3, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number:  1:18 CV 1798 |

Status conference held; counsel to all parties participating. The case is on track for dates previously set.

Status set 10/8/19 @ 9:30 telephone.

Length of Proceeding: 15 Min.

United States District Judge  7/3/19