**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JIM TRAKAS,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 1:18-cv-1798** |
| | : | |
| **v.** | : | **Judge Donald C. Nugent** |
| | : | |
| **CONSERVATIVE ALLIANCE** | : | |
| **POLITICAL ACTION COMMITTEE,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### DECLARATION OF JAMES E. TYRRELL III

I, James E. Tyrrell III, declare under penalty of perjury as follows:

1.      I served as legal counsel to Conservative Alliance Political Action Committee ("CA PAC"), with respect to certain matters that are the subject of the above-captioned action.

2.      CA PAC is a federal independent expenditure-only political action committee, commonly known as a "Super PAC."  It is registered with the Federal Elections Commission and has also filed its federal statements of organization with the Ohio Secretary of State.

3.      Currently, I am counsel with the Political Law and Nonprofit Practices in the Washington, D.C., office of Venable LLP.  My practice focuses on political law compliance and campaign finance regulation for a variety of political and corporate clients.  Previously, during the time I advised CA PAC concerning the advertisements at issue in this matter, I was with Clark Hill, a national law firm, where I had a similar practice counseling state and national party committees, PACs, corporations, nonprofit organizations, and trade associations on federal and state campaign finance laws, government ethics rules, lobbying disclosure, and pay-to-play laws.

**EXHIBIT**

**B**

4.      In my capacity as legal counsel to CA PAC, I provided pre-publication review to the political advertisements that are placed at issue in the above-captioned action filed by Plaintiff Jim Trakas ("Trakas").

5.      True and accurate, and complete, copies of the five mailer advertisements that were attached as exhibits to Trakas' complaint and which contain the statements challenged in his Complaint, are attached as Exhibits 1-5 to the declaration of Chris Marston, the treasurer of CA PAC, which his being filed concurrently with this declaration.

6.      The challenged advertisements were published and disseminated during a period of several weeks leading up to the May 8, 2018, Ohio statewide primary election.  To my knowledge, none of the advertisements was disseminated after that date.  The challenged advertisements were part of a larger campaign by CA PAC, along with another political action committee that is not a party to his lawsuit, of opposition to Larry Householder, a former Speaker of the Ohio House of Representatives who at the time had primary opposition in his bid to seek re-election in his House district.  Some ads directly opposed Householder in his own primary race, while other ads were run in opposition to other Republican House candidates in other districts – including Trakas – who had primary opposition and who were viewed as supporters of Householder in Householder's ongoing effort to be elected Speaker of the House again.

7.      The advertisements referenced in the Complaint filed by Trakas were prepared by third-party vendors, Stoneridge Group, which is based in Georgia, and Nick Everhart, who is based in Columbus, that are known to me as reputable vendors that have extensive experience in developing political advertising.  My review of the advertisements included the source materials cited and relied upon by the vendors that created the ads.  Among the sources that were

2

specifically cited in the ads, used in preparation of the ads, support the statements made, and/or which were used in my review of the ads are the following news articles, true and accurate copies of which attached in the following exhibits designated:

    a.     "Online charter school targeted for scrutiny had cloudy relationship between operator, board," The Columbus Dispatch, March 5, 2016.  [Exh. 1.]

    b.     "Memo charges Householder took kickbacks," The (Cleveland) Plain Dealer, March 10, 2004.  [Exh. 2.]

    c.     "Feds target Ohio speaker's campaign; Subpoenas hit vendors who work for House Republicans, ex-director of state GOP," The (Cleveland) Plain Dealer, May 22, 2004.  [Exh. 3.]

    d.     "Cleared after probe, two GOP strategists rebuild careers," The Columbus Dispatch, Nov. 1, 2011.  [Exh. 4.]

    e.     "Larry Householder returns 2 big-dollar donations that broke state rules," Cincinnati Enquirer, August 4, 2017.  [Exh. 5.]

    f.     "Public employees used on private job / Householder and pals' bar to feature video gambling," The (Cleveland) Plain Dealer, May 17, 2006. [Exh. 6 (a series of printouts from a database).]

    g.     "Bar work on taxpayers' time / Ethics official leery of Perry County practice," The Columbus Dispatch, May 18, 2006.  [Exh. 6.]

    h.     "Ethics panel to probe use of public workers," The (Cleveland) Plain Dealer, May 26, 2006.  [Exh. 6.]

    i.     "Audit rips work at bar on county tab / Former Ohio House Speaker Householder benefited from 'negative comp time,' " The (Cleveland) Plain Dealer, January 5, 2007.  [Exh. 6.]

    j.     "Closing of Perry County office imperils homes," Zanesville Times-Recorder, February 15, 2007.  [Exh. 6.]

    k.     "Former Ohio GOP Legislators: Pay schools even if kids aren't there," Highland County Press, October 25, 2017 (guest column by Stephen Dyer, Education Policy Fellow, Innovation Ohio).  [Exh. 7.]

    l.     "Ex-GOP lawmakers assist ECOT," The Columbus Dispatch, October 22, 2017.  [Exh. 8.]

m.    "Householder's allies win to aid his quest to be speaker Ohio General Assembly," The (Cleveland) Plain Dealer, May 9, 2018.  [Exh. 9 (printout from database).]

8.    My review of the advertisements was also informed by an "opposition research" report on Trakas that was prepared by an outside vendor using publicly available information, including news reports from Ohio newspapers and official government sources. A true and accurate copy of the opposition report is attached hereto as Exhibit 10.

9.    Paragraphs 14 to 24 of Trakas' Complaint identify certain phrases or sentences contained in some of the above-referenced advertisements that Trakas takes at issue in this case.

a.    At paragraphs 14-18, the Complaint take issue with the following statements that were made in the mailer ad (Marston declaration Exh. 1) that referenced Trakas' role as chairman of the board of Provost Academy, an online charter school, that, according to news reports, had overbilled the State of Ohio:

(1)    The following two sentences:  "A state audit found that the online learning school OVERBILLED the state of Ohio by $800,000. That's $800,000 of our tax dollars lining their pockets."

(2)    A heading that stated: "Shameful Jim Trakas:  Enriching himself at our kids' expense";

(3)    A sentence that stated: "But while Trakas was livin' it up on our dime, our kids were left with hopelessness in their education";

(4)    A heading that stated: "Enriching Himself.  Hurting our Kids. These are the facts about Jim Trakas."

4

b.     At  paragraphs  19-21,  the  Complaint  take  issue  with  the  following statements that were made in the mailer ad contained Exhibit 2:

(1)     The  sentence:  "Jim  Trakas'  campaign  is  being  backed  by  the corrupt  former  Ohio  Speaker  who  was  investigated  for  taking illegal kickbacks and who investigated by the Feds."

(2)     Use of a form of the word *scam*, specifically in this headline: "Jim Trakas' secret is out: He scammed us before, now he wants to do it again!"

c.     At paragraphs 22-24, Trakas takes issue with certain words and statements that were included in the mailer ad in Exhibit 3.  Specifically, Trakas takes issue with:

(1)     A description of him as a "crony" of Householder.

(2)     A  sentence  that  stated:  "[f]ormer  Ohio  House  Speaker  Larry Householder  was  under  investigation  by  the  FBI  for  taking kickbacks and illegally pocketing campaign contributions.  But just like Hillary Clinton, the FBI let him off the hook."

(3)     A  statement  that  states  Trakas  "will  back  Larry  Householder," referring  to  Householder's  bid  for  the  House  speakership,  in  the event Trakas were elected to the House.

10.     In my review of the aforementioned political ads, I concluded that the factual statements, including the specific statements challenged in this litigation, were supported by factual reporting from multiple news outlets in coverage extending for a period of years.

11.     Regarding the statements about Householder referenced above, these are not statements about Trakas.  But even setting that aside, these statements have factual support in the extensive news reporting about Householder's alleged misconduct in office and the fact that Householder was under federal investigation from 2004 to 2006 arising from his political activities.  These news reports, which include the articles contained in Exhibits 2-4, support the above-quoted factual statements that Householder was under federal investigation for his financial dealings, including allegations that Householder and his top aides traded legislation for contributions and took kickbacks from vendors and that vendors made secret payments (or kickbacks) to Householder and his advisors.  The news reports contained in Exhibits 5 and 6 containing factual reporting about other questionable conduct by Householder in succeeding years.

12.     It is unclear from the Complaint whether Trakas is trying to claim that the advertisements defamed him by stating or implying that he was an ally of Householder, or supported Householder's bid to become speaker, or received Householder's support during his campaign.  To be clear, such statements have factual support, inasmuch as Trakas' alignment with Householder during 2018 was well reported by the news media.  For example, the news report in Exhibit 9 references Trakas as "among the pro-Householder candidates who triumphed" in the primary election.

13.     Regarding the statements made about Trakas in connection with his role as chairman of the board of Provost Academy and involvement in charter schools generally, it is well established through reliable news reports that a state audit determined that Provost Academy had inflated its enrollment and had been overpaid approximately $800,000 in state funding (see news report in Exhibit 1).  The additional statement about tax dollars "lining their

6

pockets" is a reference to the Provost Academy, not to Trakas personally.  Additional statements regarding Trakas being "enriched" in connection with his involvement with troubled charter schools are supported by news coverage reporting, among other things, that Trakas has been a member of the board of several charter schools, including Provost Academy, that he has received nearly $185,000 in campaign donations from two controversial founders of charter schools, and was at the time a registered lobbyist for one of them (see news reports in Exhibits 1, 7, and 8).

14.     The advertisements also included subjective statements of opinion that were not intended to be factual in nature.  In my review, I also concluded that these statements were within bounds of permissible commentary concerning public figures such as Trakas, a former member of the Ohio House who was again a candidate for election to the House.

15.     I declare under penalty of perjury that the foregoing is true and correct and based upon my personal knowledge.

Executed on November 1, 2019.

_James E. Tyrrell III_ (signature)

_____

James E. Tyrrell III

1178-001:835157

7

8/3/2018    Online charter school under scrutiny had cloudy relationship between operator, board | The Columbus Dispatch - Columbus, OH

Case: 1:18-cv-01798-DCN Doc #: 25-2 Filed: 11/01/18 8 of 71. PageID #: 440

# The Columbus Dispatch

# Online charter school under scrutiny had cloudy relationship between operator, board

**By Jim Siegel, The Columbus Dispatch**
Posted Mar 5, 2016 at 12:01 AM
Updated Mar 6, 2016 at 11:05 AM

At a Cleveland restaurant in June, Jim Trakas, then-chairman of the board of online charter school Provost Academy, expressed surprise at what he was being told. The woman eating lunch with him, then a top official with Provost, described a slew of problems, particularly with its for-profit operator, EdisonLearning.

At a Cleveland restaurant in June, Jim Trakas, then-chairman of the board of online charter school Provost Academy, expressed surprise at what he was being told.

The woman eating lunch with him, then a top official with Provost, described a slew of problems, particularly with its for-profit operator, EdisonLearning. They included not enough special-education teachers, too few teachers certified in Ohio as high quality, software that poorly tracked student attendance, trouble with special-education reports, questions about financial reports and concerns about fees and other money paid to Edison.

The meeting occurred in the midst of a state audit of Provost's enrollment and attendance, the biggest factors in determining how much state money a school receives. Not long after the lunch meeting, the state determined that the school, based on its own records -- or lack thereof -- was overpaid by roughly 80 percent and owed the state about $800,000.

"I'm used to things being fouled up but nothing like this. I don't even know where to start," Trakas told the woman, according to a recording of the luncheon. It was part of the material turned over to the attorney general's office

EXHIBIT
B-1

8/3/2018 Online charter school in the Southfield Cloudy relationship between cooperation boards News - The Columbus Dispatch - Columbus, OH

Case: 2:18-cv-01798-DCN Doc #: 25-2 Filed: 12/01/19 9 of 71 Page ID #: 441

as Provost appealed the state's effort to recoup money it said was overpaid to the school.

"It seems to me this is a cash cow," Trakas, a former state lawmaker, said of Edison's operation of Provost. "That is bothering the crap out of me because I'm not positive we're educating anybody."

Interviews and documents obtained by *The Dispatch* give a look inside Provost Academy, one of the state's smaller online charter schools, whose recent attendance troubles have some wondering if the problem is widespread across an online charter system that educates about 39,000 Ohio students and spends $275 million.

Records not only raise questions about school operations, but also about the proper relationship among a charter's sponsor, which authorizes the school to be open and is to hold it accountable for results, its school board and the operator paid to run a school's day-to-day operations.

Edison officials made an effort to keep certain issues away from Provost's school board and its sponsor, the Ohio Council of Community Schools.

Patricia Parker, a former executive director of Provost who was at the June lunch with Trakas, sent an email to David Vasconez, then Edison's vice president of operations, in April 2015 outlining how Edison's software doesn't meet the needs of special-education students. She copied a number of people from the Provost school board and the council.

In his reply, Vasconez said the issues she raised "really don't concern our authorizer and at (this) time even our board. We have to be careful how many people we are copying on these emails. Our authorizer only cares about the results of getting this problem fixed, they don't really care how we do it."

Trakas, who left the board in late 2015 after being elected to Independence City Council, declined to comment other than to say he was unaware he was being recorded at the lunch.

Jamie Callender, the Provost board's attorney, said, "The board does monitor and has had discussions with Edison in the past, and Edison has been responsive, to some degree, to those concerns."

Case: 1:18-cv-01790-DCN Doc #: 25-2 Filed: 11/01/19 10 of 71. PageID #: 442

Emails show ongoing tension between Parker and Vasconez. In May, Vasconez emailed her: "You and I have to partner together to put our best foot forward when we talk to any member of the board or our authorizer."

A day later, Parker responded: "Given, however, your behavior toward me last Friday -- when you locked me in a room at Frederick Douglass prior to the board meeting and directed me to be insubordinate to both Jim (Trakas) and Darrin (Beconder of the council) -- I am very uncomfortable communicating with you in a 1:1 situation."

In the lunch meeting, Parker raised the issue of her not being able to share some information with the board, and worried she'd be fired if Edison officials knew she was meeting with Trakas.

"That's why I thought we should meet up here," Trakas responded.

As she relayed more concerns, Trakas questioned what kind of partnership the Provost board and Edison really had.

"That's really bad," he said. "Even if they're not covering up anything, it looks bad. We think of this as a partnership role, but clearly ..."

"It's not," said Sonya Boyd, the Provost board vice-chairwoman, finishing his sentence.

Records show Parker and others at Provost raised other issues, including concerns that Edison teachers, based in Pittsburgh, were not properly certified as "highly qualified" in Ohio. There also were repeated discussions of the capacity of Edison's eSchoolware software to accurately track the time students were online.

Provost's state attendance review in 2014 immediately uncovered concerns. The most glaring was the fact that the school's student handbook said students only had to be logged in for 60 minutes per day to be credited for a full day's attendance. The state requires 300 minutes.

The handbook was not changed for more than a year.

A follow-up review in March 2015 reported problems with special-education reports. The state also noted no documentation for nonclassroom activities and concerns that records didn't match times reported to the state.

In June, the department emailed school officials regarding a sampling of 30 students' attendance records, finding seven did not log in for even one hour per day and only two logged in for more than 3.5 hours per day.

Later, the education department pulled the records of all Provost students. A summary sent in July found that for total enrollment, the average student logged in for less than an hour per day.

Callender, the board's attorney, said students were enrolled, turning in work and taking state tests.

"The question is, did Edison keep adequate records to document that?" he said. "They're not phantom students. The issue is whether it was documented."

After receiving a 30-day extension, in the fall Provost attempted to contact students and create logs of work that students did outside the computer system.

But those estimates were "insufficient evidence," the department wrote to Provost in October.

In the end, according to the department letter, instead of the 155 students that were reported, the school should only be paid for about 32 full-time students.

Provost appealed the finding. An Ohio attorney general's spokesman said there has been an agreement reached in principle and the two sides are finalizing the terms.

Both Callender and Michael Serpe, spokesman for EdisonLearning, said they are confident the attendance issues have been rectified.

When Edison "became aware of issues of concern at Provost Academy Ohio immediate, responsible and appropriate actions were taken, which included contact with the Ohio Department of Education to inform them of the issues, and agreement to repay the overfunded foundation payments," Serpe said.

*jsiegel@dispatch.com*

*@phrontpage*

## *Memo charges Householder took kickbacks*

Plain Dealer (Cleveland, Ohio)

March 10, 2004 Wednesday, Final / All

Copyright 2004 Plain Dealer Publishing Co.

**Section:** NATIONAL; Pg. A1

**Length:** 605 words

**Byline:** Sandy Theis and Ted Wendling, Plain Dealer Bureau

## Body

Columbus   - An anonymous memo circulating through the Statehouse accuses the House Republican Campaign Committee of overpaying some vendors, then having those vendors make secret payments to Ohio House Speaker Larry Householder and his top advisers.

Householder vehemently denied the accusations and took the unusual step of calling a private meeting of Republican House members to dispute the memo.

The explosive, nine-page document is addressed to Ohio Secretary of State Ken Blackwell, the FBI's Cleveland office, the Internal Revenue Service in Columbus and the U.S. attorney for the Southern District of Ohio.

Blackwell confirmed receiving the memo but would not discuss its content.

"We have received the information and are preparing a referral to law enforcement authorities," said Blackwell's spokesman, Carlo LoParo. He would not identify the authorities.

Spokesmen for the FBI, IRS and U.S. Attorney Greg Lockhart all declined to comment.

Householder denied receiving money other than his state salary and said he was so troubled by the memo's content that he invited the vendors to defend themselves during a lengthy, private caucus meeting Tuesday morning.

"I think that it's pretty unbelievable that someone went to a great depth to do this," Householder said. "It's just not true."

The memo accuses Householder, his former Chief of Staff Brett Buerck, and fund-raiser Kyle Sisk of receiving money from some companies providing campaign services to the House Republican caucus.

Republican members and candidates help raise money for the caucus, which uses the money to pay for consultants, pollsters, political mail and other services for House GOP candidates.

Buerck denied receiving payments of any kind from caucus vendors.

EXHIBIT

B-2

Memo charges Householder took kickbacks

"I haven't gotten a dime from any of these folks," he said. "This is so frustrating."

He did receive referral fees from one vendor but said they occurred in 2000 and were not connected to work he had done for House candidates. Buerk reported the fees on his financial disclosure statements.

Sisk did not return calls.

Householder, however, said Sisk had received $10,000 from one vendor.

"It wasn't a kickback," Householder said. "In 2002, we'd accumulated credits. . . . We owed [Sisk] money, and the caucus had not paid him, so it was all coming from the same pot."

Householder complained about people who "just look in on the fringes and then jump to conclusions. Around here, rumors said often enough can become a fact."

The Plain Dealer received the memo two months ago from a Republican operative who said its author is "a high-ranking employee of a Republican officeholder."

The author planned to send it to law enforcement authorities at a later date.

This week, however, copies spread though political circles in Columbus.

The memo arrived in mailboxes or on doorsteps of Blackwell, Ohio Inspector General Tom Charles, Legislative Inspector General Jim Rogers, Summit County GOP Chairman Alex Arshinkoff and Republican Reps. Tom Brinkman of Cincinnati and Tom Niehaus of New Richmond. All confirmed receiving it.

Arshinkoff, Brinkman and Niehaus are intra-party political enemies of Householder.

The memo writer is the latest Republican to question the ethics of Householder, whose fund-raising prowess and win-at-all-costs mentality has instilled fear and loathing in many members of his own party.

Much of the information in the memo, including accusations of kickbacks, could not be verified by the newspaper.

To reach these Plain Dealer *reporters:   stheis@plaind.com*; *twendling@plaind.com*, 1-800-228-8272

## Classification

**Language:** ENGLISH

**Subject:** US REPUBLICAN PARTY (90%); POLITICS (90%); CAUCUSES (90%); LAW ENFORCEMENT (89%); POLITICAL CANDIDATES (89%); US STATE GOVERNMENT (79%); POLITICAL PARTIES (78%); WAGES & SALARIES (78%); TALKS & MEETINGS (78%); FUNDRAISING (78%); US CONGRESS (78%); TAXES & TAXATION (78%); LAWYERS (72%); POLLS & SURVEYS (52%)

Memo charges Householder took kickbacks

**Company:** INTERNAL REVENUE SERVICE   (83%);  FEDERAL BUREAU OF INVESTIGATION   (83%);  INTERNAL REVENUE SERVICE  (83%);  FEDERAL BUREAU OF INVESTIGATION  (83%)

**Organization:** INTERNAL REVENUE SERVICE   (83%);  FEDERAL BUREAU OF INVESTIGATION   (83%);  INTERNAL REVENUE SERVICE  (83%);  FEDERAL BUREAU OF INVESTIGATION  (83%)

**Industry:** LAWYERS (72%)

**Geographic:** COLUMBUS, OH, USA (91%); CLEVELAND, OH, USA (79%); OHIO, USA (94%); UNITED STATES (79%)

**Load-Date:** March 10, 2004

---

**End of Document**

EXHIBIT

B-3

## Feds target Ohio speaker's campaign; Subpoenas hit vendors who work for House Republicans, ex-director of state GOP

Plain Dealer (Cleveland, Ohio)

May 22, 2004 Saturday, FINAL / ALL

Copyright 2004 Plain Dealer Publishing Co.

**Section:** NATIONAL; Pg. A1

**Length:** 842 words

**Byline:** SANDY THEIS & TED WENDLING, PLAIN DEALER BUREAU

**Dateline:** COLUMBUS, OHIO

## Body

Columbus    - A federal grand jury has issued subpoenas to some of House Speaker Larry Householder's top campaign vendors in an investigation of his campaign practices.

Subpoenas have been issued to Householder's campaign committee, former Ohio Republican Party Executive Director Tom Whatman and at least two vendors who work for the Ohio House Republican Campaign Committee, sources said.

The vendors are Sam Van Voorhis, owner of Majority Strategies, a Columbus firm that does political mailings for House Republicans; and Steve Weaver, owner of WiredVoter, a Columbus firm that creates and maintains campaign Web sites for Householder and other House Republicans.

Householder did not return calls to his cell phone and his office, and his spokesman, Dwight Crum, said only, "I don't know what you're talking about" when asked about the subpoena given to Citizens for Householder.

Crum said he would inquire, but then did not return repeated phone calls.

Whatman and Van Voorhis would not comment.

Weaver could not be reached for comment.

The FBI and IRS began the investigation after receiving an anonymous memo in March.

The memo accused the House

GOP Campaign Committee of overpaying Majority Strategies, Wired-

Voter and another vendor, then having those vendors make secret payments to Householder and his top advisers.

Feds target Ohio speaker's campaign;Subpoenas hit vendors who work for House Republicans, ex-director of state GOP

Householder oversees the campaign committee.

Householder has denied the charges, saying the memo was filled with "nothing but rumors, innuendo, half-truths and outright lies."

He took the unusual step of inviting the vendors to defend themselves during a private meeting of House Republicans on March 9.

The vendors also have denied the charges, with some threatening to sue the memo's author - should they learn the author's identity.

Whatman, now a political consultant, is not mentioned in the anonymous memo.

He was subpoenaed as the custodian of records for Informed Citizens of Ohio, a 2002 campaign committee that is mentioned.

Informed Citizens raised and spent money from undisclosed contributors to promote the election of Republican justices to the Ohio Supreme Court.

The memo asserts that Informed Citizens overpaid a vendor to produce and air campaign commercials, and that the vendor funneled some of the overpayments to Householder.

Whatman helped to oversee Informed Citizens. Householder helped raised money for it.

Householder and his top political aides have retained criminal defense lawyers, and the mushrooming scandal has some House Republicans questioning whether one of the aides, consultant Brett Buerck, should remain on the campaign payroll.

The Ohio House Republican Campaign Committee is paying Buerck, Householder's former chief of staff, $10,000 a month to supervise the campaigns of Republican House members.

Following Plain Dealer disclosures that Buerck helped write memos that disparage fellow Republicans, one GOP House member called on the caucus to fire Buerck immediately.

"I know the people I've talked to think that's the appropriate course," said Rep. Sally Conway Kilbane of Rocky River.

"I don't know whether it's going to happen, but if it doesn't happen I think we're nuts. I think the speaker should have distanced himself from this guy long ago."

Buerck could not be reached to comment.

Kilbane's comments followed Plain Dealer reports that Buerck helped write two reports critical of some of his fellow Republicans.

In one instance, Buerck, Householder fund-raiser Kyle Sisk and Householder spokesman Dwight Crum helped draft a 109-page plan to destroy the political career of Republican Secretary of State Ken Blackwell, while simultaneously promoting Householder's 2006 campaign for state auditor.

The plan was not implemented.

Feds target Ohio speaker's campaign;Subpoenas hit vendors who work for House Republicans, ex-director of state GOP

After excerpts of it became public, top Republicans - including Householder - chastised the authors and said he had rejected the proposal.

In a second instance, Buerck and GOP consultant Mark Weaver helped the Ohio Academy of Trial Lawyers draw up a strategy chart designed to assist in the defeat of a personal-injury lawsuit reform bill in the House.

The chart includes unflattering remarks about fellow Republicans, placing them in categories such as "Senate wannabes," "party boys" and members of the "broad squad."

The revelation that Buerck is working for the trial lawyers, who oppose jury award caps, while also working for a caucus that has campaigned for them, didn't sit well with some Republicans - or Democrats.

"There appears to be some conflicts of interest," said Rep. Linda Reidelbach, a Columbus Republican.

"It's very clear to me that this is a problem."

Sen. Bob Hagan, a Youngstown Democrat, asked the legislative watchdog to look into Buerck's contract with the trial lawyers for "possible violations of Ohio Ethics Laws."

Hagan made the request in a letter dated Friday to Legislative Inspector General Jim Rogers.

To reach these Plain Dealer reporters:

*stheis@plaind.com*, 1-800-228-8272

*twendling@plaind.com*, 1-800-228-8272

## Classification

**Language:** ENGLISH


**Subject:** US REPUBLICAN PARTY (92%); SUBPOENAS (91%); POLITICAL PARTIES (90%); INVESTIGATIONS (90%); POLITICS (89%); LAW COURTS & TRIBUNALS (78%); POLITICAL ADVERTISING (78%); LAW ENFORCEMENT (78%); GRAND JURY (78%); CAUCUSES (78%); SCANDALS (78%); SPECIAL INVESTIGATIVE FORCES (78%); LAWYERS (75%); EXECUTIVES (72%); TALKS & MEETINGS (72%); WRITERS (68%); SUPREME COURTS (61%)


**Company:** FEDERAL BUREAU OF INVESTIGATION  (55%);  FEDERAL BUREAU OF INVESTIGATION  (55%)


**Organization:** FEDERAL BUREAU OF INVESTIGATION  (55%);  FEDERAL BUREAU OF INVESTIGATION  (55%)

Feds target Ohio speaker's campaign;Subpoenas hit vendors who work for House Republicans, ex-director of state GOP


**Industry:** POLITICAL ADVERTISING (78%); LAWYERS (75%); MOBILE & CELLULAR TELEPHONES (69%); WRITERS (68%)


**Geographic:** COLUMBUS, OH, USA (93%); OHIO, USA (94%)


**Load-Date:** May 22, 2004

---

End of Document

Cleared after probe, two GOP strategists rebuild careers

# The Columbus Dispatch

## Cleared after probe, two GOP strategists rebuild careers

**By Joe Hallett, The Columbus Dispatch**

Posted Nov 1, 2011 at 12:01 AM
Updated Nov 1, 2011 at 4:09 PM

Two once-powerful Republicans who were subjects of a federal investigation five years ago have resurrected their careers and are actively involved in Ohio campaigns. Brett Buerck and Kyle Sisk, top aides to former Ohio House Speaker Larry Householder, have built impressive lists of political clients since enduring unwanted publicity stemming from a probe that dominated Statehouse news for two years until June of 2006 when the Department of Justice closed the case without charges.

Two once-powerful Republicans who were subjects of a federal investigation five years ago have resurrected their careers and are actively involved in Ohio campaigns.

Brett Buerck and Kyle Sisk, top aides to former Ohio House Speaker Larry Householder, have built impressive lists of political clients since enduring unwanted publicity stemming from a probe that dominated Statehouse news for two years until June of 2006 when the Department of Justice closed the case without charges.

The scandal that enveloped so-called "Team Householder" was viewed as a factor in the GOP's loss of all but one statewide executive office and the Ohio House in the 2006 election.

Buerck is an owner of Majority Strategies, one of the largest GOP campaign direct mail firms in the nation. The Ponte Verda Beach, Fla.-based company's Web site lists a who's who of influential political clients, including the GOP

**EXHIBIT**

**B-4**

presidential campaign of Mitt Romney, U.S. House Speaker John Boehner of West Chester, the Ohio Republican Party, and a number of Ohio statewide and congressional officeholders.

Sisk owns the political fund-raising firm Capital Cornered, with offices in Boston and Columbus. Capital Cornered's Web site shows that Sisk is partners with Jessica "Scottie" May, Buerck's wife and former chief fund-raiser for Republican Gov. Bob Taft. The firm's many clients also include Boehner and the Ohio GOP.

Reached by phone in Florida and Boston, respectively, Buerck and Sisk declined to comment for this story.

Their re-emergence as political players has drawn interest on Capitol Square by insiders from both parties.

"The only things with more lives than a cat are political fund-raisers and consultants," said Brian Rothenberg, executive director of ProgressOhio, a Democratic advocacy group. "One would hope they learned from the past that the heavy-handed style they became infamous for under Speaker Householder really left a stench around Capitol Square. You can understand why people are concerned."

Ohio GOP Chairman Kevin DeWine wouldn't address whether the comeback of Buerck and Sisk was controversial for the party. But he and a spokesman for the Romney campaign separately vouched for the work of Buerck's firm.

During the 2010 statewide campaign, the state party paid Majority Strategies about $1.8 million. It also paid $3.3 million for direct mail services to King Strategic Communications, a firm owned by Joe King, a former Ohio GOP official who also did campaign work for Gov. John Kasich – who tried to depose DeWine.

"We were quite pleased with the performance of both vendors," DeWine said of the Buerck and King firms.

Ryan Williams, national press secretary for the Romney campaign, called Buerck "one of our supporters," adding that Majority Strategies "is one of the largest mail vendors in the country. We use that mail service for campaign literature."

Buerck served as chief of staff and Sisk as chief fundraiser for Householder, the Perry County Republican who was speaker of the House from 2001-05. In 2004, the FBI launched an investigation into allegations that Householder and his top aides traded legislation for contributions and took kickbacks from vendors.

The investigation was prompted by a March 2004 anonymous nine-page memo making those accusations and more. The memo was turned over to U.S. attorneys by then-Secretary of State J. Kenneth Blackwell, a Republican and enemy of Householder.

Findings from the FBI investigation were forwarded in March of 2006 to the U.S. Department of Justice, which closed the case that June after determining there wasn't enough evidence to pursue criminal charges.

*Summer Time to Connect*

N E W S , S P O R T S & E V E N T S

99¢ Per Month

**Connect Now**
(http://offers.cincinnati.com/specialoffer?
gps-
source=BENBjul&utm_medium=nanobarap&utm_source=bounce-
exchange&utm_campaign=18SUMMER20)

EXHIBIT

B-5

# Larry Householder returns 2 big-dollar donations that broke state rules

**Jessie Balmert, jbalmert@enquirer.com**   Published 12:41 p.m. ET Aug. 4, 2017 | **Updated 12:58 p.m. ET Aug. 4, 2017**



*(Photo: Provided)*

COLUMBUS - State Rep. Larry Householder, a top contender to lead the Ohio House in 2019, has returned two large donations from county parties outside the area he represents – after accepting them inan apparent violation of campaign finance law.

Householder, who has constituents in Coshocton, Perry and Licking counties, returned $63,000 to the Republican Party of Cuyahoga County on Thursday and $70,000 to the Summit County Republican Central Committee on Tuesday. Both donations exceeded the annual amount lawmakers can receive from county parties outside the district they represent: $12,707.79.

Householder, R-Glenford, accepted the donations because he thought county parties had the authority to decide whether candidates were statewide contenders, spokeswoman Anna Lippincott said. However, the speaker of the Ohio House is not considered a statewide candidate, according to state law. (http://codes.ohio.gov/orc/3517.102)

"We were under a different impression," Lippincott said. "As soon as we found out that we might be wrong, we refunded everything."

Householder could, under Ohio campaign finance law, accept a total of $63,500 ahead of next year's Statehouse primary from county parties within the district he serves. Republican parties in Coshocton, Perry and Licking counties have not donated to Householder's campaign this year.

In fact, nearly all of the $716,000 Householder raised in the first half of this year came from outside the area he serves, as he focuses on the speaker's post.

Even after returning the donations, dropping his fundraising total to $583,000, Householder was the top fundraiser in the Ohio House for the first half of 2017. He outraised current Speaker Cliff Rosenberger and Rosenberger's handpicked finance chairman, Rep. Ryan Smith, another 2019 speaker hopeful.

Smith, a Gallia County Republican, raised $461,500 and has $473,600 in his campaign bank account. After returning the improper donations, Householder has $400,700 on hand after expenses, according to campaign finance filings that were due Monday.

On Wednesday, Rosenberger sent a memo to House Republicans reminding them of the limits on donations "in light of recent events."

"If you have any questions about whether or not you are legally able to accept a campaign contribution or what the limits are, I highly recommend you contact our finance director," Rosenberger said in the memo obtained by The Enquirer and other Statehouse reporters.

Householder served as speaker of the Ohio House from 2001 to 2004. In 2004, the FBI investigated allegations that Householder and aides traded legislation for contributions. In 2006, U.S. Department of Justice closed the case, saying no criminal charges were warranted.

Case: 1:18-cv-01798-DCN Doc #: 25-2 Filed: 04/01/19 23 of 71. PageID #: 455

Householder returned to the Ohio House in 2017 (/story/news/politics/elections/2016/03/15/biggers-householder-battle-72nd-race/81821208/) after serving as Perry County auditor. He immediately became a contender for the House's top spot, which Rosenberger must vacate by the end of 2018 because of term limits.

Read or Share this story: http://cin.ci/2wsPJ44

**Public employees used on private job**
Householder and pals' bar to feature video gambling
BYLINE: Ted Wendling, Plain Dealer Reporter
Plain Dealer (Cleveland)
May 17, 2006 Wednesday
Zanesville, Ohio - Former Ohio House Speaker Larry Householder and his business partners are using public employees to gut a closed steakhouse that they plan to convert into a bar and game room.

Householder, who was cleared in a federal corruption investigation two months ago, is auditor in his home base of Perry County.

Since mid-April, five employees of Perry County Engineer Kent Cannon have been renovating the former Steak 'N Stein restaurant in neighboring Muskingum County. Cannon, Householder, Perry County Commissioner Thad Cooperrider and Cannon's assistant, Tim Frash, are partners in Ohio Entertainment Co., which plans to convert the Zanesville landmark into a bar and game room called Castaways featuring video gambling machines.

Law enforcement authorities in Cleveland, Columbus and other large cities consider the games, called Tic Tac Fruit, to be illegal slots and have raided bars and seized machines in recent months.

However, the games continue to proliferate in some counties due to the indifference of sheriff's offices and a controversial decision last year.

In that case, a Meigs County judge ruled the machines are legal games of skill, not chance.

Kim Norris, spokeswoman for Attorney General Jim Petro, said the state disagrees and has appealed an order by the judge forbidding state investigators from confiscating the machines.

Still, the machines remain so widely accepted in parts of Ohio that Cooperrider has three of them at Wannabees, a bar he owns in Somerset.

Such is life in Perry County, where Cannon, Cooperrider and Householder lord over a rural fiefdom in which critics claim the law is sometimes whatever they say it is.

Take, for instance, Cannon's use of his employees to work on the partners' bar in Zanesville. Householder and Cooperrider referred questions to Cannon, saying he assured them the arrangement was legal. The employees stopped working on the building after a Plain Dealer reporter started asking questions two weeks ago.

"The first day they showed up, I said, 'Wait a minute. You've got guys here who are with the county,' " Householder said. "Kent said they're not on county time."

Asked about the arrangement, Cannon produced a pile of time cards, sticky notes and a one-paragraph policy he wrote that left labor-law experts chuckling when asked about it.

Cannon said his employees worked on the bar under a compensation-time policy in which the county pays them for the private work with the understanding they will "repay" the county by working uncompensated overtime in the future.

They have nine months to make up the time.

"Anyone can take time off here to do whatever they want," Cannon said. "They can take time off and what happens is they have to make that time up. It saves me money."

The Plain Dealer consulted six labor lawyers, all of whom said no such policy exists in public-sector labor law.

"First off, there are major problems with working for the private entity," said Columbus attorney Bob Sauter, whose clients include the local Fraternal Order of Police and the Ohio Education Association.

"There's got to be a great suspension of disbelief to go where he's going.

**EXHIBIT**

**B-6**

"None of that makes any sense. Either you're at work for the county during your work hours or you're on some type of leave."

Cannon, who has been county engineer for 14 years, also claimed that his previous employer, the Ohio Department of Transportation, gave employees future comp time.

However, an ODOT spokeswoman said the agency has never had such a policy.

Cannon backed down after being told his policy has no precedent, saying, "If someone comes to me and says I can't do this, I won't do it no more. I absolutely won't."

Mike Heavener, a former county commissioner who lost in this month's primary to Householder by 310 votes, said many people in Perry County are fed up with the antics of Householder, Cooperrider and Cannon.

"How can that happen and nobody say anything about it?" Heavener said. "You and I would go to jail for that."

Cooperrider said he doesn't understand the fuss.

"There's no super-secret plans" for the bar, he said.

"We plan on operating within the laws of Ohio whatever we operate in it."

For his part, Householder said he knows little about his partners' plans for the bar.

But Heavener and others speculate that Householder, a Republican, has been searching for sources of income because he expects to lose in the fall election.

His Democratic opponent in November will be Teresa Stevenson, a popular 17-year employee of his office.

Householder angered Stevenson's supporters by putting her on paid leave after she won the primary, saying the civil service employee may have violated the law by engaging in partisan politics.

Householder said he hasn't been notified that the federal probe of his speakership is over.

Mike Brooks, legal counsel for the Cincinnati FBI, said the bureau closed its case in March because the Justice Department declined to prosecute.

Until then, the FBI and Internal Revenue Service had spent two years investigating allegations that Householder and his aides strong-armed lobbyists and other contributors by promising legislation in exchange for campaign donations.

The investigation ended after the lone IRS case agent retired and the Justice Department reassigned the prosecutor to another case.


**Bar work on taxpayers' time**

Ethics official leery of Perry County practice

BYLINE: Randy Ludlow and Mary Beth Lane

The Columbus Dispatch (Ohio)

May 18, 2006 Thursday

A business venture involving four Perry County officials, including former Ohio House Speaker Larry Householder, is facing scrutiny because public employees are working on the enterprise on taxpayers' time.

County Engineer Kent Cannon, a partner in the project, confirmed that five of his employees have worked periodically in recent weeks to gut the former Steak 'N Stein restaurant in Zanesville, with plans to convert it into a bar.

Cannon said his office's policy allows workers to take time off while drawing regular pay and later "repay" the county by working overtime at no charge.

"They were in there some, but they are not on my time. They have to make it up at a later date. We keep track of it," said Cannon, a Republican in his 14th year as county engineer.

Engineer payroll records show four employees who worked on the building have been paid for 78, 80, 85 and 99 hours they have not yet worked for the county this year.

David Freel, executive director of the Ohio Ethics Commission, said he had never heard of such an unusual public payroll practice.

"It's Ethics 101," Freel said. "If anyone would have asked us, we would have told them, 'No, you can't use public employees for private, outside enterprise.' "

State law prohibits public officials from using on-duty employees or other public resources to benefit a private business.

Householder, now county auditor, said he initially was unaware that engineer's employees were working on the building and later was assured by Cannon that the work was not done on county time.

Ohio Entertainment Co., owned by Perry County Commissioner Thad Cooperrider, Householder, Cannon and Tim Frash, an engineer's employee, leases the Maple Avenue property in adjacent Muskingum County, state records show.

The company, doing business as Castaways, applied for a state liquor permit on May 8. It is negotiating to buy the property, Householder said.

The Plain Dealer of Cleveland reported yesterday that plans call for the bar to feature tic-tac-toe-like video gambling machines that a Meigs County judge has declared a legal game of chance. The attorney general's office has appealed that ruling.

Householder and Cannon dismissed the report about gambling as "speculation."

"We're going to sublease it," Householder said. "There might be a chance we might sell it if we buy it. We're not interested in running any kind of business out of there."

Muskingum County Prosecutor D. Michael Haddox confirmed that some county taverns feature the video gambling machines. He said he is awaiting court rulings on their legality before considering action against their operators.

Cannon said he and his business partners are not paying his employees for work on the building.

"They're friends," he said. Frash, Cannon's assistant, has been among those working, the engineer said.

A four-sentence engineer's office policy dated "Nov. 04" states that employees have nine months to "repay" hours paid in advance, with negative balances to then be deducted from vacation time.

Public workers generally are allowed to use vacation or leave time to work for private employers, "but that doesn't sound like the situation here," said Freel, of the Ethics Commission.

Perry County Prosecutor Joseph Flautt said he was unaware of Cannon's payroll policy. Flautt said he "may look at it and see if there's any legitimate basis to have something investigated."

"Obviously, they can't be paid by the county for doing private work," he said.

As prosecutor, Flautt represents Cannon in his capacity as county engineer and could have a conflict investigating his client.

Flautt could seek appointment of a special prosecutor to look into whether the engineer violated state law. He said it was too early to make that call.


**Ethics panel to probe use of public workers**
BYLINE: Ted Wendling, Plain Dealer Bureau
Plain Dealer (Cleveland)
May 26, 2006 Friday
Columbus - The Ohio Ethics Commission announced Thursday that it will investigate the use of public employees to renovate a Zanesville steakhouse that former House Speaker Larry Householder and three other Perry County officials are converting into a bar.

County Engineer Kent Cannon, one of Householder's partners, has claimed that his employees worked at the restaurant in neighboring Muskingum County under a policy in which he advances employees compensation pay, which they later pay back by working uncompensated overtime. Experts in public-sector labor law said there is no provision in Ohio law to pay employees for leave they have not yet earned. They also said ethics laws prohibit public officials from using their positions for personal gain.

David Freel, the Ethics Commission's executive director, said he knew of no precedent for Cannon's comp-time policy.

Perry County is undergoing a routine state audit, and auditor's spokeswoman Jen Detwiler said the office's special-audit task force - aware of the controversy - has ordered an expanded review.

Cannon's partners are Householder, the Perry County auditor; Perry County Commissioner Thad Cooperrider; and Tim Frash, Cannon's assistant.

Householder and Cooperrider have said Cannon assured them that his employees weren't working in Zanesville on county time.

Householder and Cannon didn't return calls Thursday, but Cooperrider said he understands why some question Cannon's comp-time policy.

"I can see that it looks less than appropriate, I guess, to be building negative comp time," Cooperrider said. But "certainly from the county commissioners' point of view, if it doesn't have a negative impact on the financial situation in the county, I don't have a lot of problem with it as long as it's legal."


**Audit rips work at bar on county tab**
Former Ohio House Speaker Householder benefited from 'negative comp time'
BYLINE: Aaron Marshall, Plain Dealer Bureau
Plain Dealer (Cleveland)
January 5, 2007 Friday
Columbus - An unusual comp time policy that allowed Perry County employees to work on county time on a private job for their boss and other politicians was declared illegal in a state audit released Thursday.

The annual review of the county's public offices found the "negative comp time" policy in County Engineer Kent Cannon's office had resulted in more than $8,720 in improper payments to 21 county workers. The workers have paid back the money, the audit states.

The policy came to light in May, when The Plain Dealer reported that five of Cannon's employees were helping overhaul a former Zanesville steakhouse in neighboring Muskingum County purchased by Cannon, former Ohio House Speaker Larry Householder, County Commissioner Thad Cooperrider and Cannon's assistant, Tim Frash.

Cannon had explained that the employees worked at the bar under a comp-time policy allowing them to do private work with the understanding they would repay the county by working uncompensated overtime in the future.

"Clearly, there are problems with that kind of arrangement," said state auditor's office spokeswoman Jen Detwiler. "There is no guarantee that anyone will work the time they have already used."

Cannon and Householder did not return calls for comment Thursday.

The review found that there was no evidence of written prior authorization of overtime, as required, that employees were allowed to use comp time not earned and that certain employees were awarded comp time and overtime when they had not worked a full week.

An investigation launched by the state auditor's office and the Ohio Ethics Commission into the use of the county workers at the Zanesville bar is ongoing, according to the audit.

The audit also shed light on allegations made by Householder, the county's former auditor, that a county auditor's office employee who was running against him for the auditor's seat had improperly lowered property tax values so her friends could pay less taxes.

It found that proper procedures weren't followed in making some changes to property values and that security controls were lax. But the state audit did not substantiate Householder's election-year claims, according to Detwiler.

The employee, Teresa Stevenson, was elected in November after Householder dropped out in August, facing the prospect of an almost certain beating at the polls.


**Closing of Perry County office imperils homes**

BYLINE: KATHY THOMPSON

Zanesville Times-Recorder (Ohio)

February 15, 2007 Thursday

NEW LEXINGTON -- The closure of the real estate side of the Perry County Auditor's Office could have wide-ranging effects from foreclosures to interrupting the sale of property throughout the county.

Officials say they don't know why Auditor Larry Householder closed the office.

And no one from the county prosecutor to the Ohio Secretary of State claims to have the authority to change it despite complaints sent on to the state level.

Householder did not return telephone calls to answer why.

Inside the auditor's office at the Perry County Courthouse, a "closed" sign is posted on the real estate office with an arrow pointing to another office. While employees confirmed the real estate side has been closed since Jan. 25, they said they could not answer any questions about it and referred callers to Householder's cell phone number.

The closure, however, has some county real estate agents worried.

"This is giving Perry County a black eye," said Joe Ogden, a Perry County Realtor and insurance agent. "It's a real mess for us right now."

Ogden said he has real estate transactions waiting to be processed by the auditor's office.

The Perry County Recorder's office says only a few deeds have been sent from the auditor's office to be recorded since November. Employees would not comment further.

When a property changes hands, the deed is sent to the county engineer's office to make sure the boundaries are correct, then passed to the auditor's office to be stamped and finally goes to the recorder's office to be recorded.

"That's not being done," Ogden said. "As a Realtor, I can tell you one of the first problems a person buying a home will have is the insurance on the home."

Homes at risk

Ogden said the person selling the home thinks the home is sold and will cancel the insurance on the property. Then the person purchasing the home can't get insurance because the deed hasn't been recorded and there is no record of the purchaser buying the home.

"It's terrible," Ogden said. "People could lose their homes."

Zanesville attorney Kevin Van Horn, who handles real estate issues for clients, said one problem he sees with deeds not being stamped and sent on to the recorder's office is the previous owner will still get tax bills for the property while the people who bought the property won't be getting any bills.

"If the taxes don't get paid, foreclosure could happen," Van Horn said.

Another problem Van Horn said could come if the new owner wants to finance a purchase by using the property they believed had been properly stamped and recorded.

"They couldn't," Van Horn said.

Also, if a dishonest seller wanted to sell the property to someone else, an attorney doing a title search on the property would have no idea the property had been sold and yet not recorded, so the second purchaser would have no idea the property had already been sold.

"Or a seller with bad credit could get a judgment entry filed against them and a lien could be put on the property," Van Horn added.

Tom Hill, another Perry County real estate agent, said he is frustrated that the deeds are not being recorded.

"You can't sell your property if things aren't being recorded," Hill said. "Let's say I wanted to resell a piece of property that I bought recently. I can't because it hasn't been recorded into my name. That's just not right."

Dale DeRolph, vice president of People's Bank in Thornville, said the deeds not being processed properly could lead to a big mess. "I just don't understand why it's not being done," DeRolph said.

Who's responsible?

A spokesman for the Ohio State Auditor's office said it has received four complaints regarding the matter. But the spokesman said the Perry County prosecutor should handle the issue.

But Prosecutor Joseph Flautt said he doesn't believe he can do anything since Householder is an elected official.

Perry County commissioners said the same thing.

Commissioner Thad Cooperrider said his office can't tell Householder how to run his office. Cooperrider said two employees in the commissioner's office stamped deeds at the auditor's office on two occasions.

Spokesman Patrick Gallaway said the Ohio Secretary of State's office does not oversee elected officials. A spokesman said the Ohio Attorney General's office was reviewing the matter.

Householder did not seek re-election. Teresa Stevenson, a former employee in the auditor's real estate office, was elected in November to replace Householder, but she does not take office until March 15.

Out of the four employees who worked in the real estate side of the office last year:

* Stevenson was fired because she legally could not work in the office and run against her boss.
* One employee remains on paid administrative leave.
* One is on paid sick leave.
* One was moved to the commissioners office.


**BRIEF (No Headline Listed In Nexis Database)**

Zanesville Times-Recorder (Ohio)

March 3, 2007 Saturday

Once again, Larry Householder has made a mockery of the phrase "public servant."

No doubt, many Perry County residents will be glad to see their county auditor officially leaves office, as Teresa Stevenson will take over on March 12.

After a career in the Ohio House of Representatives filled with controversy, Householder took over the Perry County auditor's office in 2003. He planned to seek a second term but withdrew from the race a couple of months prior to the election. Stevenson went on to defeat Frank Correll in November.

County residents and businesses complained that Householder closed the real estate section of his office on Jan. 25. His staff was instructed to give anyone who complained Householder's cell phone number. He didn't answer or returned phone calls.

The Perry County Engineer's office said there were 425 deeds sent to the auditor's office between November and mid-February and only 120 were processed and sent on to the recorder's office. Household later said about 150 of those 425 deeds were filled out incorrectly and could not be processed. As of today, Householder said all deeds have been processed.

Then on Feb. 21, as vaguely as he disappeared, Householder returned to his office only to say "Just because there's a sign on the door doesn't mean the entire place is closed." However he went to say his office is understaffed and then attempted to defend his actions: "This office had more than 400 land transfers sitting here when I took office. So, tell me exactly what I've done wrong."

Well, where should one start?

While the Ohio law states county auditors are only required to be in their offices one day during a 90-day period, true public servants would be there to serve their constituents.

Mr. Householder has held public office before and knows the exceptions and responsibilities that come with such a job should not be taken lightly.

When someone chooses to become a public servant, they leave behind their private citizen status and are held to a higher level of accountability.

When Mr. Householder chose to ignore those responsibilities he put both the buyers and sellers of property at risk of foreclosure.

He treated those he swore to serve with the utmost disrespect. Not being accessible to his constituents was offensive, but to blatantly ignore calls and messages from his office is just unacceptable.

But perhaps the most contentious thing Mr. Household did as the county auditor was try to shift the blame. Each time his actions were brought into question, you turned the attention to Teresa Stevenson and Katie Watts with his numerous allegations. A state report cleared the women of any wrongdoing but also said those in the office had access to one another's passwords. It also blasted Mr. Householder for not properly supervising his office.

Thankfully, Householder's term will mercifully end this month.

Highland County Press - Former Ohio GOP legislators: Pay schools even...

YouTube | Twitter/HCPSports | YouTube/HCPSports | Twitter | Facebook | Home

# THE HIGHLAND COUNTY PRESS

Established 1999 • Hillsboro, Ohio

To Advertise Call (937) 840-9490



**Who's News**
THE FAIRFIELD LIONS boys cross-country team are headed back to the state championships for a seventh straight year following their performance at the 2019 Division III Regional Championships held at Pickerington North High School. The team will compete at the state meet Nov. 2 at 1:30 p.m. at National Trail Raceway.

In The News    Sports    Opinions    Obituaries    Classifieds    Extras    Delays & Closings

Wednesday, October 25, 2017    SHARE ONLINE     [Email This] [Print This]     Comments (0)

## Former Ohio GOP legislators: Pay schools even if kids aren't there

**By Stephen Dyer**
**Education Policy Fellow**
**Innovation Ohio**
https://10theriod.blogspot.com/2017/10/ohio-gop-legislators-pay-schools-even.html

Well, it's come to this: Former Ohio legislators are now telling the Ohio Supreme Court that the state should pay schools for kids the schools says are there, even if they really aren't.

The filing was made on behalf of five former Republican members of the Ohio General Assembly earlier this month in a case that could well determine the very existence of Ohio's largest virtual school and the nation's largest dropout factory.

Does it surprise you that these legislators (according to Follow the Money https://www.followthemoney.org/) have received more than $50,000 in campaign contributions from Electronic Classroom of Tomorrow founder William Lager, and nearly $135,000 total from Lager and David Brennan – Ohio's charter school Godfather?

In fact, the lead legislator on the filing is William Batchelder – one of the longest serving state legislators in history who was Brennan's bag man on Ohio's largest school voucher legislation in the mid-1990s.

Batchelder left the Ohio Legislature in 2014. Shortly after that, he fell into a new job – lobbying for Bill Lager. Makes sense. Lager had paid him $45,000 (not to mention the tens of thousands he paid to the Ohio House Republican Caucus during Batchelder's time as Speaker of the House). Batchelder collected $67,000 from Brennan, and even more if you include Brennan's wife, Ann.

The second legislator named is Chuck Calvert, who left the Legislature the year I was elected, so I never really knew him. But he was the powerful chairman of the House Finance Committee for years. He collected $6,000 each from Lager and Brennan.

Then there's Mike Gilb – a lawmaker from northwest Ohio who took $4,000 from Brennan.

Jim Trakas is next, who collected $5,000 from Brennan and is now running dropout recovery schools in Cleveland that graduated 26 of 142 possible students last year.

Finally, Bryan Williams, who is now the Summit County Republican Party Chairman, replacing longtime Chairman Alex Arshinkoff. There's a profile of Williams on the 3rd Rail Politics website, which has deep connections with ECOT and its officials. Williams took money from Brennan during his time in the legislature, which ended in 2004.

But this isn't the only issue here. What these legislators are saying is when they developed the state's nationally ridiculed charter school funding and accountability system, they didn't mean for the Ohio Department of Education to check whether the kids charter schools were claiming to educate were actually being educated. All that mattered was whether the schools claimed that the students were there.

I kid you not. These former legislators are all arguing that they meant for ECOT to get their money regardless of whether the student was even participating in an educational program at ECOT.

What an indictment of our state's charter school regime.

Oh, did I mention that four of the seven Ohio Supreme Court Justices hearing the ECOT case have taken money from Lager (Justices O'Connor, O'Donnell, French and DeWine)?

Is it any wonder why Ohio's charter school funding system feels so rigged against taxpayers? And why schools like ECOT, which perform so poorly yet are paid so richly, are such a subject of national scorn?

One more interesting and telling thing about the filing: No current legislators signed onto it.

*Stephen Dyer is the Education Policy Fellow at Innovation Ohio. He also practices law in the Akron, Ohio area. Prior to this, he was a state lawmaker and was the chief legislative architect for Ohio's Evidence Based Model of school funding, among other things. Prior to that, he was a reporter with the Akron Beacon Journal and won several statewide awards, as well as a Pulitzer Prize nomination in 2003.*

---

### Submit a comment

Please fill out the form below to submit a comment.

Comment

### Sidebar

[Search] GO

Most Viewed   [Most Commented]

- Poll: Free speech under attack; many millennials agree First Amendment needs rewritten (24 comments)
- President Trump approves special forces raid that killed ISIS leader (5 comments)
- Helen Trefz (3 comments)
- McClain pool fosters decades of memories (3 comments)
- Hillsboro Elementary recognizes 'Star Students' for first quarter (2 comments)

Our app is now available!



**EXHIBIT**

**B-7**

exhibitsticker.com

Your Name

Email

Phone

I'm not a robot

reCAPTCHA
Privacy - Terms

Article comments are not posted immediately to the Web site. Each submission must be approved by the Web site editor, who may edit content for appropriateness. There may be a delay of 24-48 hours for any submission while the web site editor reviews and approves it.

**Note:** All information on this form is required. Your telephone number is for our use only, and will not be attached to your comment.

SUBMIT

YouTube | Twitter/HCPSports | Twitter | Facebook | Life | Home

Content © 2018 Cameco Communications • 128 S. High Street • Hillsboro, Ohio 45133

## The Highland County Press

Telephone 937-840-9490 • Fax 937-840-9492 • Email hcpress@cinci.rr.com
Privacy Policy

Software © 1998-2019 **1up! Software,** All Rights Reserved

# The Columbus Dispatch

# Capitol Insider: Ex-GOP lawmakers assist ECOT

**By Darrel Rowland**
**The Columbus Dispatch**
Posted Oct 22, 2017 at 10:00 AM
Updated Oct 22, 2017 at 11:27 AM

Five former Republican lawmakers have filed a brief with the Ohio Supreme Court arguing the Department of Education is violating legislative intent by requiring ECOT to verify its enrollment with log-in duration data.

The brief was filed in support of the Electronic Classroom of Tomorrow's lawsuit fighting the state's requirement that the online charter school repay $60 million for unverified enrollment for the 2015-16 school year. The state says the school owes another $19 million for the same reason in 2016-17.

But the descriptions of some of those former House members appear to be lacking some context.

**>> Join the conversation at Facebook.com/dispatchpolitics and connect with us on Twitter @OhioPoliticsNow**

William G. Batchelder is described in the brief as the former House speaker, and a former common pleas and appeals court judge.

It does not mention that, until late July, his lobbying firm, The Batchelder Company, represented ECOT founder Bill Lager.

Jim Trakas is described as a former House member, CEO of American Online Learning Center and past board chairman of a pair of Cleveland dropout recovery schools.

It does not mention that Trakas is — or at least was this summer — ECOT's director of community school advancement and is currently registered as Lager's lobbyist. It also doesn't mention that he was board chairman of Provost

EXHIBIT

B-8

Case: 1:18-cv-01796-DCN Doc #: 25-2 Filed: 11/01/19 34 of 71. PageID #: 406

Academy, the online charter school whose poor attendance records first prompted the Department of Education to beef up its enrollment validation process.

Chuck Calvert is described as a former House member and a former member of the Blue Ribbon Commission on Financing Student Success.

It does not mention that his wife, Sandy Calvert, is director of community resources and a lobbyist for the Educational Empowerment Group, an Akron-based charter school management company.

**Kasich keeping his options open**

John Kasich may not have yet resolved to pursue a third campaign for the presidency in 2020, but he's certainly keeping himself ready for it.

Ohio's Republican second-term governor huddled Thursday in Columbus with a team of foreign policy and national security advisers, some of whom assisted his failed 2016 campaign, sources told reporter Randy Ludlow.

As an in-demand guest on the Sunday political talk shows who is trying to remain a presence on the national stage, Kasich doesn't want to get caught unaware by unexpected questions.

Kasich, whose job security as Ohio governor numbers but 17 months, has hemmed and hawed about the prospect of running against an incumbent President Donald Trump in 2020, but he drips venom over his lack of respect for Trump's wrecking-ball style of governance.

Texan John Weaver, the governor's top political strategist for his 2016 bid, apparently was among those who met with Kasich.

"Great forward leaning discussion in Columbus. Home to Austin. #Twopaths," Weaver wrote on Twitter on Thursday evening.

New Day for America, a super PAC that supported Kasich's presidential campaign, was paying Weaver $10,000 a month — as of its last disclosure filing — to retain his services. The super PAC also has covered Kasich travel costs and the $5,000-a-month bill for media adviser Chris Schrimpf.

_drowland@dispatch.com_

_@darreldrowland_

# *Householder's allies win to aid his quest to be speaker Ohio General Assembly*

Plain Dealer (Cleveland, OH)

May 9, 2018 Wednesday

Copyright 2018 Plain Dealer Publishing Co. All Rights Reserved

**Section:** NEWS; Pg. A13

**Length:** 388 words

**Byline:** Jeremy Pelzer jpelzer@cleveland.com

**Dateline:** Columbus

## Body

Columbus — The behind-the-scenes battle to become the next Ohio House speaker got a lot more interesting Tuesday night, as Rep. Larry Householder and his allies beat favored candidates of rival Rep. Ryan Smith in almost a dozen crucial open-seat Republican primary races.

The victories don't guarantee that Householder, a Perry County Republican who easily won his own primary Tuesday, will take the speaker's gavel next year. But it certainly improves his chances versus Smith, who has said he has the votes among House Republicans to be elected speaker for both next session and the rest of this year.

(Next week, the House GOP caucus will elect a temporary speaker after Cliff Rosenberger resigned from the job last month.)

Tuesday's legislative primaries also featured a number of brutally contested Democratic races – including in Senate District 23, where state Rep. Nickie Antonio defeated Rep. Martin Sweeney.

Even if any of the pro-Householder candidates lose to Democrats in November, it will take away a vote from Smith either way. And it will open the door for Householder to woo victorious Republican candidates who, until now, haven't taken a side in the speaker's race.

Among the pro-House-holder candidates who triumphed Tuesday was Jim Trakas, a former state representative and ex-leader of the Cuyahoga County Republican Party, who beat Bentleyville Mayor Michael Canty in House District 6. Other candidates who are considered aligned with Householder won in nearly every other part of the state, from suburban Columbus to the Ohio River valley.

Only one candidate considered to be pro-Smith won in an open House GOP primary: Reggie Stoltzfus of Stark County, who defeated Josh Hagan in House District 50.

On the Democratic side, meanwhile, Antonio beat Sweeney with 54 percent of the vote to take over state Sen. Mike Skindell's Senate District 23 seat in Cuyahoga County. Skindell defeated Tom Bullock in the primary for Antonio's House seat,

In a consolation prize of sorts for Sweeney, his daughter, Bride Rose Sweeney, won a four-way primary for his House District 14 seat.

In another closely watched Cleveland-area race, Senate Minority Leader Kenny Yuko fended off a primary challenge from term-limited state Rep. John Barnes.

In turn, Juanita Brent, won a crowded six-way primary for Barnes' House District 12 seat.

EXHIBIT

B-9

Householder's allies win to aid his quest to be speaker Ohio General Assembly

**Load-Date:** May 10, 2018

---

**End of Document**

# Research Findings Report

**Subject:** Jim Trakas
**Prepared For:** Prosperity Alliance
**Office Sought:** Ohio House of Representatives, District 6
**Prepared:** March 14, 2018

EXHIBIT

B-10

# Identifying Information

**Full name:** James Peter Trakas
**Date of Birth:** May 5, 1965
**SSN:** REDACTED - issued in OH between 1968-1969

**2018 Campaign Biography**

*A product of The Greatest Generation, Jim Trakas is a second-generation Greek American who has lived in Independence his whole life.*

*Jim's father, Peter W. Trakas, fought in World War II with the 95th Infantry Division in General George Patton's 3rd Army and his mother Kathy L. Trakas worked at the Veterans Administration before they settled in Independence. His parents' experiences profoundly affected Jim's value system of hard work, education, and family.*

*He started working at age 9 delivering The Cleveland Press and later The Plain Dealer. He, then, worked his way through school as a custodian for Independence Public Schools.*

*Jim is a graduate of Independence High School and The Ohio State University.*

*Upon graduation, Jim worked at Allied Color Industries, Inc. making colorants for plastics. He began his career as a third shift factory worker and eventually became Corporate Materials Manager for the company, studying polymer chemistry at Akron.*

*Jim has a long history of leadership in our community. In 1991, he was elected to the first of four terms as a City Councilman in Independence. He also served four terms as a member of the Ohio House of Representatives, and was a member of the House leadership team.*

*Throughout his tenure in public service, Jim has worked to make government more innovative and responsive. Among his achievements, Jim is the legislative father of Ohio's Third Frontier high technology jobs initiative, which has helped bring cutting-edge research and good-paying jobs to Ohio. He also led efforts to make Ohio's colleges and universities more efficient, with a focus on college affordability and saving tax dollars. Trakas is committed to continuing this work as our next State Representative.*

*Jim's public service has earned him widespread praise and numerous awards. He earned the United Conservatives of Ohio Watchdog of the Treasury four times in four terms as State Representative and was named Conservative Legislator of the Year. He earned the American Nationalities Movement Leadership Award, as well as awards from the Center for Families and Children, Ohio Biomedical Research Association, and dozens of other groups who recognized Jim for outstanding leadership.*

*Jim is the founder, Chairman, and Chief Executive Officer of American Online Learning Center, an online intervention program that helps people with issues such as substance abuse and addiction.*

*Trakas is a Greek Orthodox Christian and is a member of St. Paul Greek Orthodox Church in North Royalton, while his wife attends the Shrine Church of St. Stanislaus in Slavic Village. Jim is on the Board of FOCUS Cleveland, St. Herman's House of Hospitality Homeless Shelter and is President of the State Guard Association of Ohio. Trakas is currently a 1st Lieutenant and HHC Company Commander, 1Batallian, The Ohio Military Reserve; 4th Civil Support and Sustainment Brigade, a non-combat state defense force authorized by the Ohio Constitution, and did not serve in the Federal military. Jim has earned six military decorations including The Ohio Achievement Award and Commendation Medal.*

*Trakas is married to Anne Marie Kennedy, and lives in the Independence with his wife and four cats; Smokey, Winston, Chester, and Ollie.*

**2018 Campaign Platform**

A Vibrant Economy That Leaves No Ohioan Behind
BRING OHIO JOBS HOME
Ohio has lost 50,000 manufacturing jobs to Mexico and Red China since 1994. Countless more jobs in technology, engineering, medical and more have been lost or are in danger. When Ohio loses jobs, Ohioans lose paychecks – and Ohio families are torn apart. It's time to bring Ohio jobs home. The Bring Ohio Jobs Home initiative will focus on relocating jobs and factories from overseas and other states back to Ohio.

TRAIN OHIOANS FOR THE JOBS OF TODAY AND THE FUTURE
We need to invest in our number one resource: our people. Ohioans' work ethic is second to none. And when we invest in our workforce and harness the expertise we have in our private sector, labor and academia, we can produce real results.

RELIABLE, AFFORDABLE ENERGY
Energy is an Ohio strength, let us keep it that way by nurturing clean burning natural gas, reliable zero emission nuclear power, more stable wind and solar technologies, and ramp up clean coal technology and scrubber systems that will meet the needs of Ohioans while offering a cleaner environment.

A Greater Society
RESTORE THE OHIO FAMILY
It's time for our government to reflect our shared priorities and encourage marriage, family and an honest day's work for an honest day's pay. We cannot truly break the cycle of poverty until we break the cycle of failed, costly government programs that too often perpetuate the status quo. We can work to align all of our resources to encourage marriage and two parent families in the future, as we know this model offers the most hope for prosperity.

Local Control of Our Schools
NO COMMON CORE
Jim Trakas opposes Common Core. He believes Ohio needs to reduce student testing so teachers can spend more time teaching and students can spend more time learning. Ohio also needs to take pages from

the discipline and curricula of The Greatest Generation to foster better prepared young people for the jobs of today and tomorrow. Less experimentation and testing, more proven models of success for Ohio schools.

OUR FAIR SHARE OF STATE FUNDING
We have some of the best schools in Ohio. It's time for our schools to get a better deal from Columbus. Your hard earned tax dollars are shipped to Columbus every year to pay for other children's education, and meanwhile, we get stuck with higher property tax bills. This is dead wrong, and Jim Trakas has a plan to stop the "Robin Hood" school funding formula by keeping more of our hard-earned tax dollars right here in our community.

CAREER TECH EXPANSION
Tens of thousands of Ohio employers are looking for skilled laborers. Not everyone has to go to college, good jobs await in the skilled trades, and our Career Tech schools offer career the pathway to these careers. A greater emphasis on Career Tech schooling can be a huge benefit to Ohioans.

Affordable, Quality Education That Leads to Prosperity and Employment
AFFORDABLE HIGHER EDUCATION
A critical need, the Trakas Plan calls for increasing state support, while reducing tuition, room, board, and fees to make college more affordable as to not strap graduates with the equivalent of a mortgage, which is having a chilling effect on families and wealth creation.

EXPAND FINANCIAL AID
As part of his plan to make college more affordable, Jim Trakas supports increased financial aid for students studying for careers in high-demand fields. This plan will improve college access and strengthen our workforce.

A RETURN TO WHAT WORKS
Colleges and Universities need to eliminate major fields of study that do not lead to private sector employment, and must also re-align their priorities from social justice liberalism, to critical thinking students. We must also insist upon a mandatory understanding of capitalism and Western Civilization, the reason most of our ancestors came to the USA and why American Exceptionalism is so important.

The Drug Crisis
A CRISIS THAT MUST BE SOLVED – SUBSTANCE ABUSE AND ADDICTION
Jim Trakas will work with law enforcement, prosecutors and specialists in the addiction arena to help Ohio fight the drug crisis. He supports more resources for local agencies to combat the scourge of abuse. Jim Trakas believes in tougher penalties for drug dealers and supports giving Judges more discretion to lock up criminals and keep Ohio families safer.

Our Values
CREATING A CULTURE OF RESPECT AND LIFE
Disturbing cultural trends are degrading our society, cheapening life, and contributing to the decline in our civil discourse. Jim Trakas believes that we must restore respect for one another, and opposes abortion on demand except in the cases of rape, incest, or a mother's life is at risk. Let us restore the innocence of childhood and protect Ohio children from these assaults. Rep. Marlene Anielski has been a

leader in the field of suicide prevention, and Jim Trakas will continue those efforts to provide hope for each and every Ohioan.

## Findings Summary

**Trakas resigned in disgrace as Executive Director of the Ohio Board of Cosmetology after an investigation found he abused his power.**

**Jim Trakas misused his position as Executive Director of the Ohio Board of Cosmetology to intimidate the owners of a salon into letting a stylist keep her job - promising that if they did so he would make a fine "go away".**

**Trakas resigned the same day the Inspector General issued his report**

***Cosmetology Board Executive Director James Trakas quits in wake of inspector general's report***

*http://www.cleveland.com/open/index.ssf/2013/08/cosmetology_board_executive_di.html*

*Executive Director James Trakas of the Ohio Board of Cosmetology resigned Tuesday, the same day that the state's inspector general issued a report that found he improperly involved himself in disciplinary action against owners of a Central Ohio salon and told them he could make a fine "go away."*

*Trakas' actions, the inspector general's report said, "were not in accordance with standards of proper governmental conduct." It would have been up to the state board of cosmetology to decide his fate, with a response due to the inspector general in 60 days.*

*But Trakas gave them his decision later Tuesday.*

*"Upon reflection of today's events, I am very sorry that I have brought unwarranted bad publicity to our board. I accept the decision of the Inspector General and to allow this board to move forward without this incident, am submitting my resignation," he wrote.*

*"I do so with honor and a sense of duty and thank you for the great trust that you had placed in me, and I am sorry that that trust was violated over this incident," his letter continued. "My personal regards to you and all of our associates in the good work that you are doing."*

*Trakas has been executive director of the board of cosmetology since January 2011. He serves at the pleasure of the board. He was paid $88,411 in 2012. He formerly was chairman of Cuyahoga County Republicans and a state representative.*

*The complaint to the inspector general accused him of threatening legal action in June 2012 unless the salon owners continued to allow a stylist working independently in their salon to remain for two to three months, according to the inspector general.*

*The salon owners, who contacted the inspector general that same month, told investigators they had been having problems with the stylist who was renting booth space in the salon.*

*The cosmetology board's staff had initially became involved in March 2012 when the stylist's mother complained to the cosmetology board over fumes from a nail technician's work station in the salon. That complaint ultimately led to a citation letter fining the salon owners $500.*

*Trakas, they told investigators, contacted them three days after the letter arrived and said he could make a fine "go away" if they cooperated and allowed the stylist to stay. Trakas admitted saying that to the salon owners, according to the inspector general's report.*

*The day after his call, the stylist was evicted from the salon with a police officer present.*

*Ultimately the salon owners settled with the cosmetology board, paying a $250 fine for the fumes citation.*

*Trakas told investigators "he was trying to come up with a win-win scenario for both parties," according to the report.*

*Trakas acknowledged to investigators he had spoken to the mother of the dismissed stylist about the fumes complaint. And the inspector general's report concluded that "Trakas became involved because of what he perceived to be retaliation against the independent contractor for the complaint made about the salon."*

*But, the report said, it was for the board to decide whether the salon had actually committed a violation and the board's decision, not Trakas', whether the fine should be imposed.*

---

## Trakas pushed for a Three Billion Dollar Tax Increase.

### Columbus Dispatch, *7/8/2003 Democratic foe criticizes Rep. Trakas for new taxes*

*It's 16 months until the 2004 election, but the first state legislative campaign has begun.*

*Mike Cook, a Democratic candidate for the Ohio House in the 17th District of suburban Cleveland, is campaigning against the Republicans' $3 billion tax increase enacted last month to balance the new $48.8 billion budget.*

*Cook recently sent newspapers a photo of himself dropping off his dry cleaning in Solon to avoid the new tax on dry cleaning and laundry that takes effect Aug. 1.*

*He also made purchases early to avoid paying the extra penny-per-dollar that kicked in July 1 on general sales.*

*"Rep. Jim Trakas has helped push through a 20 percent increase in the state sales tax to help further feed our already fat state budget," Cook said, referring to the third-term Republican from Independence.*

*Trakas, the House Republican whip and GOP chairman of Cuyahoga County, said he has two prospective Democratic opponents but is not overly concerned. He said his percent of the district vote has gone from 57 to 63 percent since he first ran in 1998.*

---

**Callender voted for a $577 tax hike - increasing taxes on gasoline and fees on licenses and registration.**

*Page 271 Yes vote for Callender and Trakas - HB 87*

*http://archives.legislature.state.oh.us/JournalText125/HJ-03-12-03.pdf*

**The house version was a $577 million tax increase that included gas tax and increases on fees for licenses and registrations.**

*Bill analysis:*

*http://lsc.state.oh.us/analyses/Analysis125.nsf/All%20Bills%20and%20Resolutions/01539BBFFB4B63 D085256DAD0048F222*

**Plain Dealer, March 13, 2003: House votes to trim E-Check; Autos less than 5 years old exempt; gas tax hike OK'd**

*Columbus - Cars less than 5 years old would be exempt from E-Check inspections under a $4.65 billion transportation bill passed yesterday by the Ohio House.*

*The exemption from the unpopular inspections for an extra three years was just one of the political concessions representatives were granted in yesterday's wee hours as Republican Speaker Larry Householder sought to build support in the GOP caucus for the gas-tax increase contained in the bill. The transportation package cleared the floor yesterday by a vote of 63-34, after emerging from committee early in the morning.*

*The gas-tax increase of 2 cents a year for three years was proposed by Gov. Bob Taft as a way to help pay for a 10-year road and bridge construction and rehabilitation initiative.*
*Rep. Tim Grendell, a Chester Township Republican, blasted the tax hike as a way to drive Ohioans from a state with an already growing tax burden.*

*"This is not an example of 'Build it, and they will come.' It is an example of 'Tax them, and they will leave,' " Grendell said.*

*Other Republicans characterized the tax differently, calling it a "fee" for the use of Ohio's vast road network.*

**The tax, plus fee increases on licenses, titles and registrations contained in the bill are expected to generate about $577 million.**

*Cars are currently exempted from E-check - an emissions inspection program in place in 14 Ohio counties, half in Northeast Ohio - until they are two years old. Exempting cars for an additional three years will cost the state $25 million to $29 million, said Heidi Griesmer, a spokeswoman for the Ohio Environmental Protection Agency. The money would be used to buy out the contract of Envirotest, the company that runs the program.*

*The House proposal makes up the lost revenue by levying a 50-cents-a-day tax on rental cars beginning July 1. The bill also would save the state $2 million a year by eliminating front license plates.*
*The bill also designates Rockside/Snow Road as a state highway. Rep. Jim Trakas, an Independence Republican, said the designation will make the busy thoroughfare eligible for money it previously couldn't get.*

*Also, lawmakers hope to pull in another $121 million or more by toughening Ohio's drunken-driving standard from 0.10 blood-alcohol content to 0.08, a move tied by Congress to federal highway dollars. Senate President Doug White said the Senate will back the DUI change, but he said some changes to the bill may be required. He could not say yesterday how the gas-tax plan would fare in his chamber.*
*The Senate, which began its hearings on the bill Tuesday, has six session days to pass the bill before the constitutional deadline of March 31.*

*Members of both parties departed ranks for the vote. Among them was Rep. John Boccieri of Youngstown, a Democrat who voted no. "At a time when our nation stands on the brink of war, and we know gas prices are going to soar to record levels, and at a time when Ohio is in recession, why are we going to raise the gas tax?"*

*Rep. Stephen Buehrer, a suburban Toledo Republican, said the package would create jobs and improve safety.*

*Gov. Taft agreed, and commended House members for approving his proposals. In a statement, Taft said the bill "will allow us to rebuild Ohio's aging highway system, and the investment will stimulate the economy by supporting thousands of new construction-related jobs."*

**The Center on Budget and Policy Priorities cites Ohio increases (cigarette tax increase, gas tax, and sales tax increase) as some of the largest state tax increases in the nation.**

*"Some tax increases have been substantial.  Some 14 states since late 2001 have implemented tax increases exceeding five percent of state tax revenue.  Six of those larger tax increases were enacted in 2003, in Connecticut, Delaware, Nevada, New York, Ohio, and Oregon."*

**Trakas supported a candidate for juvenile judge because of his "electability", despite being rated the worst of five options by the county bar association.**

*After seeking the advice of local bar associations, Gov. George V. Voinovich has appointed the lowest-rated of five prospective candidates for a judicial vacancy in Cuyahgoa County Juvenile Court. William F. Chinnock, 57, of Westlake, will replace Judge Kenneth Rocco, elected in November to the 8th District Ohio Court of Appeals.*

*"The bottom line is the recommendation comes from the Republican Party organization," said Andy Futey, Voinovich's executive assistant. "When we ask for input from the bars, we simply ask them to qualify the candidates."*

*Futey said Chinnock was the party's choice.*

*Cuyahoga County Republican Chairman Jim Trakas confirmed that Chinnock was the lowest-ranked of five candidates interviewed by the two big bar associations here. He received an "adequate" rating from the Cleveland bar and a "recommended" from the Cuyahoga County bar, Trakas said.*

*...Trakas said electability went into the decision. The governor believed Chinnock, who served 16 years on Lakewood City Council, has a better chance of holding the seat than the others because he has more time in public office.*

*Chinnock, a lawyer more than 30 years, said he expects to be sworn in next week. Rocco moves up to the higher court next month. Chinnock said his first exposure to Juvenile Court was mopping floors there from 1958 through 1962 as he worked his way through college and law school.*

**Trakas' pick was a Democrat who had previously used Boy Scouts to hand out his official campaign literature**

*The Cuyahoga County party chairman said at the time that Chinnock was chosen with the next election in mind. It was thought that his days on Lakewood council would make him familiar to voters.*

*Chinnock's 16 years on council had been colorful. Ostensibly a Democrat, he voted often with the Republicans on council and shared a law practice with the Republican mayor, Anthony Sinagra. Longtime Lakewood Councilman Tom George says it became difficult for Democrats to strategize with Chinnock in the room. "He found himself more and more ostracized," George says.*

*Cleveland police popped Chinnock for drunken driving in 1983. His most ignominious act while a councilman, though, might have been an occasion six years later, when he tricked the Boy Scouts into passing out campaign literature.*

*Chinnock summoned the neckerchiefed youths to his home by billing the event as a litter cleanup. When the scouts arrived, they were handed plastic bags and told to distribute them throughout the city. The bags carried two messages: Keep America beautiful -- and reelect William F. Chinnock.*

([Cleveland Scene, 10/22/2003](#))

**Trakas sees no problem with lawmakers becoming lobbyists.**

*Cleveland Plain Dealer, Job-hunting lawmakers face ethical challenges, 10/18/1999*

*More than one-third of the Ohio General Assembly must find new jobs by December 2000, a reality that experts say poses new ethical questions for lawmakers and highlights age-old ones.*

*The questions took center stage last week when The Plain Dealer reported that Rep. E.J. Thomas, chairman of the powerful House Finance-Appropriation Committee, was considering a job offer from a firm affiliated with two of the capital's most influential lobbyists, Republican Neil Clark and Democrat Paul Tipps.*

*Thomas, a Columbus Republican proud of his unblemished career, contends he has no conflict and can continue the people's business without regard to how it might affect any new job he is considering.*

*Whether his peers think Thomas' job negotiations constitute an ethical breach is predictably broken down along party lines: Many Democrats want him to step down as finance chairman, saying his relationship with Tipps and Clark constitutes - at minimum - the appearance of impropriety. Republicans say he should stay put, arguing that he has not decided to take the job.*

*Members of both political parties, however, agree such questions will occur with regularity as more legislators enter the job market.*

***"This is the hiccup that signals the first symptom of term limits," said Rep. Jim Trakas, a Republican from Independence who chairs the Cuyahoga County Republican Party.***

***"There already are scores of former elected officials lobbying current elected officials, and it's only going to get more provocative in the future."***

*Thomas is among 39 state representatives and six state senators barred from seeking re-election because of term limits. Eleven other legislators facing term limits already have resigned.*

*The latest was Sally Perz, a Toledo Republican who chaired the higher education subcommittee of the finance panel, then took a job at a state-funded college.*

*Perz quit to become the University of Toledo's $100,000-a-year director of government relations.*

*Another recent departure was Rep. Randy Weston, a Marion Democrat who left to join AFSCME, a public employees union that also lobbies the legislature.*

***Trakas sees no problems with lawmakers leaving to join the ranks of those they once helped fund or regulate, but said legislators need to be more careful to avoid potential conflicts.***

*Sen. Eric Fingerhut, a Cleveland Democrat, wants lawmakers to consider applying to themselves the tougher ethical standards applied to executive branch officials.*

*"Certainly, the era of term limits warrants extra caution," Fingerhut said.*

*Under the standard that applies to legislators, a conflict exists only if there is a "direct and definite pecuniary interest."*

*Executive branch officials, however, are banned "from engaging in private outside employment or business activities" with anyone "interested in matters before, regulated by, or doing or seeking to do business with his public agency unless it is determined by his public employer that he is able to withdraw … from matters of consideration that affect the interests of the party with which he desires to engage in private outside employment or business activity," according to the Ohio Ethics Commission, the panel that regulates the executive branch.*

*House Speaker Jo Ann Davidson, a suburban Columbus Republican, contends that existing laws are sufficient, and noted that both Perz and Weston are banned from lobbying the General Assembly for one year under the state's revolving door law.*

*"If future General Assemblies want to revisit those in light of term limits, I'd encourage them to do so," she said.*

*Legislative ethics are regulated by the legislative inspector general and the Ohio Legislative Ethics Committee. The committee meets in secret and does not disclose informal advice it gives to legislators.*

*Still, legislators often rely on that informal advice to defend themselves and justify their decisions.*

*Thomas, for example, issued a bold defense of his conduct last week and said it was "based on consultation with the Joint Legislative Ethics Committee."*

*The committee, however, was not asked for a formal opinion. Thomas based his assertion on a conversation between the House GOP attorney and the committee's attorney. At the same time, Legislative Inspector General Jim Rogers said publicly that any determination about Thomas' situation is "premature" and could be resolved only after he decides whether to take the job.*

*Complicating the situation is a pending bill that would determine how Ohio spends its $10.1 billion share of the national tobacco settlement.*

*Thomas has been offered a job to head a joint venture between the lobbyists and a Cincinnati advertising firm interested in a state contract that would be funded by the settlement money.*

*Lawmakers are to resume debate next week on the legislation.*

---

**Trakas is the Godfather of Crony Capitalism in Ohio.**

Trakas started the Ohio Third Frontier program which hands out grants to private companies looking to invest or expand in Ohio.

"Among his achievements, Jim is the legislative father of Ohio's Third Frontier high technology jobs initiative, which has helped bring cutting-edge research and good-paying jobs to Ohio."

https://www.jimtrakas.com/meet-jim/

**2004 Ballot Initiative**

*May 17, 2004 Lawmakers may reprise 3rd Frontier bond issue*

*State lawmakers are reviving plans for a bond issue that would raise $500 million to create high-tech jobs in Ohio, but this time they are rolling in incentives for labor and agriculture in an attempt to win voter support.*

*The new initiative will try to sway opponents by increasing the size of the bond issue to $850 million in order to provide $250 million for the manufacturing sector and $100 million for agriculture. The money would be used to help manufacturing and agriculture companies buy equipment - provided that equipment is made in Ohio - and to offer scholarships related to agriculture for students attending Ohio colleges.*

*Last November, Ohio voters by a narrow 51%-to-49% margin rejected a proposal for the state to borrow a half-billion dollars to fund operating costs at the Wright Centers of Innovation, to recruit researchers and to invest directly in technology companies. So, state legislators are trying different tacks this time around.*

*In addition to providing money for other industries, the new bond issue proposal differs from last fall's measure because the state would not be allowed to invest directly in private businesses. The direct investment feature of the ballot issue was a point of contention for many voters, especially those with ties to labor and agriculture. Under the latest proposal, companies would have access to the money through grants.*
*Sponsors climb aboard*

*The new proposal is pending before the Finance and Appropriations Committee of the Ohio House of Representatives. Of the 99 House members, 43 have co-sponsored the ballot initiative.*

***The measure's author, Rep. Jim Trakas, R-Independence, said he expects the Legislature to pass the bill by the end of the year and to have voters weigh in during a special election in 2005 or during the November general election that year.***

***"We have gotten a lot of positive support," Rep. Trakas said. "In order to run an effective campaign, you want to be able to get all hands on deck."***

*The $100 million for agriculture equipment and scholarships is designed to appeal to rural areas of the state that rejected the bond issue last fall, but the Ohio Farm Bureau isn't taking the bait.*

*Farm bureau unswayed*

*The bureau for now opposes the renewed effort, said Rocky Black, farm bureau legislative affairs director, because officials there believe the state is not in a financial position to borrow nearly $1 billion. The farm bureau also opposed last fall's bond issue.*

*"The fact that it now includes money for agriculture grants does not change our position," Mr. Black said. "Even though it allocates $100 million for agriculture, we think we still have too many holes in the state's current financial condition to do something like this."*

*Mr. Black said the farm bureau's board might be willing to reconsider its position if the amount of the bond issue is reduced, but he did not have an exact figure the group might find acceptable.*

*A phone call placed last week to the Ohio Manufacturers' Association was not returned by deadline.*

*Rep. Trakas said the 10-year bond would be repaid from the state's general fund, and taxes would not increase as a direct result.*

*"The state would have to find $85 million a year to pay for that, which I think is a pretty modest amount of money," Rep. Trakas said. "This proposal marries all (major components) of the economy in the state and provides for the future and also takes care of the now."*

*Gov. Taft mum*

*Gov. Bob Taft has not taken a position on the legislation because it is still in the early stages, said spokesman Bill Teetz.*

*"Our energies have been concentrated on other components of the Third Frontier because it did not seem likely that we would see anyone pursuing another ballot initiative in the near future," Mr. Teetz said.*

*Gov. Taft was heavily involved in the last bond issue campaign. The $500 million for the technology sector was one part of the governor's $1.6 billion Third Frontier initiative, which is designed to spur the creation of high-paying jobs.*

*Despite last year's defeat, the Third Frontier still has $1.1 billion for building technology labs, investing in new product development and making low-interest loans for companies.*

*Rep. Trakas said the next bond issue campaign should have a more bottom-up approach than the unsuccessful effort last fall, with fewer media buys and politician endorsements and more community and corporate involvement.*

*"We will run a different kind of campaign and make this a more grass-roots effort to let people know how important this is for our jobs," Rep. Trakas said. "It is about getting more people, not just TV commercials."*

**Opposition to Third Frontier initiative**

*Arguments*

*Rep. Matt Huffman was one of 13 House members that voted against placing the proposed Third Frontier Bond renewal on the ballot. Huffman argued that the market, not government, should decide which technologies would be in demand. Huffman said, "When ethanol was the big thing, a private company got a bunch of subsidies to build a plant outside Lima; but now all we have is an empty plant. We could take $700 million and do a lot more by way of tax cuts to stimulate our economy than this will ever do."*

*Sen. Bill Seitz was one of two senators opposed to the proposed measure, however, Seitz said he still supported the program. According to reports Seitz "wanted more highway and infrastructure funding included in the proposal - much as it was in 2005 when Third Frontier passed."*

*Rep. Lynn Wachtman argued that the state was giving companies an unfair advantage. "At best, these programs are neutral, if not harmful, by taking money away from someone who may invest it or give it to a cause," said Wachtmann.*

*David Johnson, CEO of Summitville Tiles Inc. and former chairman of the Ohio Manufacturers Association and Columbiana County Republican Party, was opposed to Issue 1. In an editorial that appeared on CantonRep.com he said, "There is a $500 million ticking time bomb of debt that may well balloon by an additional $700 million if the voters of Ohio are duped into approving state Issue 1 on the May 4 primary ballot."*

---

**Trakas voted for unbalanced budgets that increased taxes.**

***Cleveland Plain Dealer, Opinion: Diminished disaster; The House could have done worse with the state budget, but Ohioans need the Senate to do a whole lot better, 4/11/2013***

*The Ohio Senate must now do what the Ohio House has proved unable or unwilling to do: cobble together a responsible, balanced state budget.*

*Late Wednesday night, the House passed a $48.6 billion, two-year budget proposal that is almost certainly unbalanced, due largely to its irresponsible linkage of a sales-tax proposal with a gambling initiative. The House measure, which passed 53-46, also would irresponsibly tighten the state's stranglehold on education and social spending. By almost any measure, it's a bad budget proposal. A wiser and more thoughtful spending plan must emerge from the Senate.*

*That said, House Bill 95 would have been far worse if Speaker Larry Householder had been unable to persuade five black Democrats, including Cleveland Reps. Lance Mason and Michael DeBose, to defy the wishes of their own party leaders and vote for the measure, which at least gives the Senate a starting point.*

*These Cleveland Democrats were joined by Northeast Ohio Republican Reps. Chuck Calvert, Sally Conway-Kilbane, Thomas Patton, Jamie Callender and Jim Trakas, who voted "yes" on a bad bill that, nonetheless, was the best available.*

*Their Republican colleagues Tim Grendell, Bryan Williams and Ron Young, meanwhile, voted "no," not because the bill was imperfect, but because it wasn't flawed enough to suit their peculiar vision of state and local governments bled dry.*

*For now, at least, the House majority has avoided draconian cuts to local governments and libraries, a "solution" some members had foolishly touted. The House also managed to avoid amendment traps that would have further eroded the body's credibility. The most egregious of these traps would have created more high-salary spots on state commissions - positions that routinely go to legislators pushed out by term limits.*

*The Senate now faces the task of designing a budget that moves Ohio forward, rather than allowing more regression. That plan must include the 1-cent sales tax increase - and it must unhitch the tax from the effort to expand gambling in the state.*

*That expansion of gambling will be opposed by Gov. Bob Taft, whose budget plan was essentially rejected by the House, even though it was a more responsible proposal than the one enacted Wednesday evening.*

*The Senate is expected to begin hearings on the budget in about two weeks. What the budget needs in the upper house isn't a rubber stamp, but a conscientious effort to fix a flawed spending plan.*

Relevant Section of Bill:

Repeal of sales and use tax increase
(Section 145.03Y)

The bill increases the rate of the sales and use taxes. However, if a majority of the electors vote in the negative on the question of prohibiting the state from operating electronic lottery devices, then the rate of the state sales and use taxes is reduced to 5% on and after July 1, 2004. (See "State sales and use tax rate temporarily increased" under "DEPARTMENT OF TAXATION," below.)

Yes Vote: Page 467

http://archives.legislature.state.oh.us/JournalText125/HJ-04-09-03.pdf

## Trakas comments more on tax proposal...

http://enquirer.com/editions/2003/04/05/loc_ohbudget.1.html

*Ohio schools and universities would lose more than $1 billion in state funding over the next two years under a budget plan House Republicans advanced Friday.*

*Lawmakers looking to roll back the cost of Gov. Bob Taft's proposed $49.2 billion budget would cut $785 million from public schools and $347 million from higher education. Even as debate on the cuts began, lawmakers acknowledged [sic] their plan for balancing state finances is still far from complete.*

*Newly released budget documents, for example, showed a total $1.3 billion in spending cuts. Lawmakers who said they'd found $1.8 billion in cuts Thursday were unable to explain the difference.*

*"Some of what we're doing is still not in there," said Rep. Charles Calvert, R-Medina, chairman of the House Finance Committee.*

*While education officials gathered to fight the proposed cuts, legislative leaders continued talking behind closed doors about options that would fill a remaining $1.2 billion deficit in the budget over the next two years.*

*Lawmakers appear to have abandoned a plan to cut local government funding by as much as $1.4 billion. Alarmed local officials warned of police and fire department layoffs and of the shutdown of 176 public libraries.*

*The new idea is a temporary 1-cent sales tax increase linked to a vote on slot machines at Ohio racetracks. This plan also created some big unanswered questions.*

***That plan, according to Rep. Jim Trakas, R-Independence, would impose a two-year temporary 1-cent sales tax increase on top of the state's 5-cent rate. Ohioans would then vote in November to either keep the sales tax or replace it with video slot casinos at Ohio's seven horse tracks.***

***A 1-cent sales tax increase would bring in $1.2 billion in new revenues each fiscal year. Estimates for how much money video slots would generate vary wildly - anywhere from $400 million to $900 million a year.***

*House Republicans have proposed video slots at least twice over the past two years, only to see the idea crumble under the weight of Gov. Bob Taft's threatened veto.*

*Taft would veto video slots if lawmakers include them in the budget, spokesman Orest Holubec said Friday.*

*"The governor has shown a willingness on the penny sales tax if it's tied to some meaningful tax reform, but we haven't heard anything like that yet," Holubec said.*

*"It's hard to comment on every rumor that comes out (of the House,)" he added. "From the rumors we've heard, their plan doesn't get us there."*

*Holubec said the governor also opposes the proposed cuts to elementary, secondary and higher education.*
*Urban school officials fear they will lose millions under a plan that would change the way schools are funded based on their attendance. Lawmakers want to eliminate attendance estimates based on a three-year average and replace them with a one-year figure.*

*While it's not clear how much that change would save, budget documents show a $298 million reduction in base cost funding in the fiscal year that starts July 1.*

*"Gov. Taft's proposal includes a 7 percent increase for schools and he's going to continue to fight for that," Holubec said.*

*Education officials said the cuts would have dire consequences.*

*Greg Hand, spokesman for the University of Cincinnati, said more funding cuts would mean cutting classes and teachers.*

*"The state pays for opening up a classroom, getting it lighted and getting a professor in front of it to teach," Hand said. "If (state funding) is cut, you either cut classes, cut faculty, cut instructional equipment - all the things that are needed to provide the education that students need to ultimately succeed in the world."*

*William Phillis, director of the Ohio Coalition for Equity and Adequacy of School Funding, said lawmakers are ignoring an Ohio Supreme Court order to insure all schools are adequately funded.*

*"They're just thumbing their nose at the court," Phillis said.*

*Despite the unanswered questions, GOP lawmakers still hope to forge a budget consensus and pass it on to the Senate next week.*

---

## Trakas was a member of a task force that barred the public from attending its meetings to discuss funding for a new convention center.

*CLOSED MEETING RAISES QUESTIONS: COMMISSIONERS SEEK OPINION ABOUT*

*Cuyahoga County commissioners want to make sure they aren't breaking the law when they meet in private as part of a task force formed by Mayor White to figure out how to pay for a new convention center and other proposals in Cleveland's updated downtown plan.*

*Mayor White has barred the public from the task force meetings, and commissioners have requested a ruling from the Cuyahoga County prosecutor on whether they may participate in the sessions. Mayor White appointed all three commissioners to the task force.*

*"We acknowledge the concern" that attending the closed meetings may be in violation of the state's open meetings law, said J. Timothy McCormack, president of the Board of County Commissioners. "If the three of us are in the room, it's problematical."*

*All three commissioners attended the first meeting of the finance task force on April 17 in City Hall. That meeting was held in conjunction with another task force that is trying to determine where to build a new convention center.*

*More meetings are sure to follow -- and soon -- because the mayor has asked the committee to issue a report within 150 days.*

*Timothy Smith, professor of journalism at Kent State University and director of the school's Center for Privacy and the First Amendment, said the commissioners' presence on the task force creates "potential for a violation" of the state's open meetings law. A 1990 Ohio Supreme Court ruling defined as public any meeting that includes a quorum of a public body where public business is discussed.*

*In that case, the court held that two Butler County commissioners violated the law when they met privately with the mayor of Fairfield, Ohio.*

*Mr. McCormack said the issue of all the commissioners appearing at the task force came up after the meeting. Otherwise, Mr. McCormack said, "we would have had the concern addressed earlier."*

*Mr. McCormack said commissioners are careful to discuss policy issues in public, but he minimized the significance of attending the task force meeting because the commissioners were "silent participants listening to the mayor make a presentation on how he needed help and how to proceed." He said the situation would have been different if the discussion had focused on a county role in developing the convention center.*

*Commissioner Jane Campbell said she would have had the task force sessions in public if she were organizing them, but noted that the city chose the format. Commissioner Jimmy Dimora said Cleveland city officials dealing with the convention center issue "have some concern about information coming out in the public before it's authorized."*

*Ken Silliman, Mayor White's executive assistant for development and chairman of the convention center site selection task force, said all meetings of the finance task force would be closed to the public because members need to discuss different financing options without them "being played out in the press." Mr. Silliman said some meetings of the site selection task force may be public, particularly if they don't concern evaluation of proposals from consultants.*

*Mr. Silliman said the White administration has the right to conduct private meetings because the task forces were appointed by the mayor's executive branch and not by City Council. He cited an Ohio Attorney General's opinion permitting such mayoral advisory committees to be closed.*

*Richard Horvath, Cleveland's chief corporate counsel, said the City Charter also does not require committees appointed by the mayor to hold open meetings.*

*The 19-member finance task force includes Councilman Ken Johnson, State Rep. Jim Trakas and State Sen. Eric Fingerhut, as well as business leaders. The 18-member site selection task force includes Mr. Dimora, Councilman Joseph Cimperman, State Rep. Shirley Smith, Sen. Fingerhut and business leaders.*

*Mr. Silliman said the committees don't constitute public bodies, and any recommendations of the committees would need to go before Cleveland City Council or the county commissioners before they could be enacted.*

*Rep. Trakas said he favored public meetings, but nonetheless is sitting on the mayor's finance task force.*

*"I want to be a constructive member of the committee, and that's what it takes," Rep. Trakas said. "Ultimately, the people of Greater Cleveland will have their say on this issue."*

*Mr. Johnson said the task force's private meeting didn't bother him because plans for financing the convention center will include private money as well as public.*

*Joseph Roman, executive director of Cleveland Tomorrow and a member of the finance committee, said he believed the proceedings would benefit from private meetings because it would allow freer debate of the issues.*

*Mr. Roman's view contrasts with Kent State's Mr. Smith, who said if public officials want to build confidence in their decisions, "I can't think of a worse way to go about it.*

*"What we're going to have if you have closed meetings is, eventually, a decision will be reached and it will be made public," Mr. Smith said. "Nothing will be known about how the decision was made. Any discussion about selection of a site of a convention center is sure to stir controversy."*

---

## Trakas supported ECOT in their quest to keep state funding for students they couldn't even prove attended class.

*The Columbus Dispatch, October 22, 2017 Ex-GOP lawmakers assist ECOT*

*Five former Republican lawmakers have filed a brief with the Ohio Supreme Court arguing the Department of Education is violating legislative intent by requiring ECOT to verify its enrollment with log-in duration data.*

*The brief was filed in support of the Electronic Classroom of Tomorrow's lawsuit fighting the state's requirement that the online charter school repay $60 million for unverified enrollment for the 2015-16 school year. The state says the school owes another $19 million for the same reason in 2016-17.*

*But the descriptions of some of those former House members appear to be lacking some context.*

*William G. Batchelder is described in the brief as the former House speaker, and a former common pleas and appeals court judge.*

*It does not mention that, until late July, his lobbying firm, The Batchelder Company, represented ECOT founder Bill Lager.*

*Jim Trakas is described as a former House member, CEO of American Online Learning Center and past board chairman of a pair of Cleveland dropout recovery schools.*

*It does not mention that Trakas is -- or at least was this summer -- ECOT's director of community school advancement and is currently registered as Lager's lobbyist. It also doesn't mention that he was board chairman of Provost Academy, the online charter school whose poor attendance records first prompted the Department of Education to beef up its enrollment validation process.*

*Chuck Calvert is described as a former House member and a former member of the Blue Ribbon Commission on Financing Student Success.*

*It does not mention that his wife, Sandy Calvert, is director of community resources and a lobbyist for the Educational Empowerment Group, an Akron-based charter school management company.*

*Kasich keeping his options open*

*John Kasich may not have yet resolved to pursue a third campaign for the presidency in 2020, but he's certainly keeping himself ready for it.*

*Ohio's Republican second-term governor huddled Thursday in Columbus with a team of foreign policy and national security advisers, some of whom assisted his failed 2016 campaign, sources told reporter Randy Ludlow.*

*As an in-demand guest on the Sunday political talk shows who is trying to remain a presence on the national stage, Kasich doesn't want to get caught unaware by unexpected questions.*

*Kasich, whose job security as Ohio governor numbers but 17 months, has hemmed and hawed about the prospect of running against an incumbent President Donald Trump in 2020, but he drips venom over his lack of respect for Trump's wrecking-ball style of governance.*

*Texan John Weaver, the governor's top political strategist for his 2016 bid, apparently was among those who met with Kasich.*

*"Great forward leaning discussion in Columbus. Home to Austin. #Twopaths," Weaver wrote on Twitter on Thursday evening.*

*New Day for America, a super PAC that supported Kasich's presidential campaign, was paying Weaver $10,000 a month -- as of its last disclosure filing -- to retain his services. The super PAC also has covered Kasich travel costs and the $5,000-a-month bill for media adviser Chris Schrimpf.*

---

**Trakas described the charter school he was chairman of as a "cash cow" and admitted he was "not positive we're educating anybody"**

**Dayton Daily News, March 8, 2016:** *Records raise questions; State says online charter school owes $800,000.*

At a Cleveland restaurant in June, **Jim Trakas**, then-chairman of the board of online charter school Provost Academy, expressed surprise at what he was being told.

The woman eating lunch with him, then a top official with Provost, described a slew of problems, particularly with its for-profit operator, EdisonLearning. They included not enough special-education teachers, too few teachers certified in Ohio as high quality, software that poorly tracked student attendance, trouble with special-education reports, questions about financial reports and concerns about fees and other money paid to Edison.

The meeting occurred in the midst of a state audit of Provost's enrollment and attendance, the biggest factors in determining how much state money a school receives. Not long after the lunch meeting, the state determined that the school, based on its own records - or lack thereof - was overpaid by roughly 80 percent and owed the state about $800,000.

"I'm used to things being fouled up but nothing like this. I don't even know where to start," Trakas told the woman, according to a recording of the luncheon. It was part of the material turned over to the attorney general's office as Provost appealed the state's effort to recoup money it said was overpaid to the school.

"It seems to me this is a cash cow," Trakas, a former state lawmaker, said of Edison's operation of Provost. "That is bothering the crap out of me because I'm not positive we're educating anybody."

Interviews and documents obtained by The Dispatch give a look inside Provost Academy, one of the state's smaller online charter schools, whose recent attendance troubles have some wondering if the problem is widespread across an online charter system that educates about 39,000 Ohio students and spends $275 million.

Records not only raise questions about school operations, but also about the proper relationship among a charter's sponsor, which authorizes the school to be open and is to hold it accountable for results, its school board and the operator paid to run a school's day-to-day operations.

Edison officials made an effort to keep certain issues away from Provost's school board and its sponsor, the Ohio Council of Community Schools.

Patricia Parker, a former executive director of Provost who was at the June lunch with Trakas, sent an email to David Vasconez, then Edison's vice president of operations, in April 2015 outlining how Edison's software doesn't meet the needs of special-education students. She copied a number of people from the Provost school board and the council.

In his reply, Vasconez said the issues she raised "really don't concern our authorizer and at (this) time even our board. We have to be careful how many people we are copying on these emails. Our authorizer only cares about the results of getting this problem fixed, they don't really care how we do it."

Trakas, who left the board in late 2015 after being elected to Independence City Council, declined to comment other than to say he was unaware he was being recorded at the lunch.

Jamie Callender, the Provost board's attorney, said, "The board does monitor and has had discussions with Edison in the past, and Edison has been responsive, to some degree, to those concerns."

*Emails show ongoing tension between Parker and Vasconez. In May, Vasconez emailed her: "You and I have to partner together to put our best foot forward when we talk to any member of the board or our authorizer."*

*A day later, Parker responded: "Given, however, your behavior toward me last Friday - when you locked me in a room at Frederick Douglass prior to the board meeting and directed me to be insubordinate to both **Jim (Trakas**) and Darrin (Beconder of the council) - I am very uncomfortable communicating with you in a 1:1 situation."*

*In the lunch meeting, Parker raised the issue of her not being able to share some information with the board, and worried she'd be fired if Edison officials knew she was meeting with Trakas.*

*"That's why I thought we should meet up here," Trakas responded.*

*As she relayed more concerns, Trakas questioned what kind of partnership the Provost board and Edison really had.*

*"That's really bad," he said. "Even if they're not covering up anything, it looks bad. We think of this as a partnership role, but clearly ... ."*

*"It's not," said Sonya Boyd, the Provost board vice-chairwoman, finishing his sentence.*

*Records show Parker and others at Provost raised other issues, including concerns that Edison teachers, based in Pittsburgh, were not properly certified as "highly qualified" in Ohio. There also were repeated discussions of the capacity of Edison's eSchoolware software to accurately track the time students were online.*

*Provost's state attendance review in 2014 immediately uncovered concerns. The most glaring was the fact that the school's student handbook said students only had to be logged in for 60 minutes per day to be credited for a full day's attendance. The state requires 300 minutes.*

*The handbook was not changed for more than a year.*

*A follow-up review in March 2015 reported problems with special-education reports. The state also noted no documentation for nonclassroom activities and concerns that records didn't match times reported to the state.*

*In June, the department emailed school officials regarding a sampling of 30 students' attendance records, finding seven did not log in for even one hour per day and only two logged in for more than 3.5 hours per day.*

---

**During a 2015 city council candidate forum, career politician Jim Trakas declared that a City Council seat was all he wanted and he had no other ambition.**

https://www.youtube.com/watch?v=UvC6t86FnqA

Trakas went on to win the City Council election in 2015, a seat which he held before for two terms in the 1990s.

**In 2013, Trakas said it was "Time to step out of politics"**

**Plain Dealer, August 26, 2013,** *Promising career of Trakas falls short with his resignation*

*Northeast Ohio Republicans have a sorry history of producing politicians who become statewide superstars.*

*If you define such a political animal as someone who wins multiple elections for either governor or U.S. senator, the number of area Republicans who have met that criteria in the past 125 years comes to a grand total of three.*

*At the top of that list would be Canton's William McKinley, elected governor in 1891 and 1893, then president in 1896. McKinley was re-elected in 1900, but assassinated six months into his second term.*

*Cleveland industrialist Mark Hanna was elected to the Senate in 1897 and 1903, though in those days senators were chosen by the state legislature. But Hanna's real legacy is as one of the most powerful political insiders in the nation's history, and an instrumental figure in McKinley's election to the presidency.*

*After serving 10 years as Cleveland mayor,* <u>George Voinovich </u>*was twice elected governor and twice a senator. In a 44-year career in public life, Voinovich was on the general election ballot 13 times. He won 12, losing the 1988 Senate race to Howard Metzenbaum.*

*But just because Northeast Ohio hasn't produced many statewide Republican megastars hasn't prevented GOP leaders from impatiently awaiting his or her arrival.*

*And for a brief period in the mid-1990s, many Cuyahoga County Republicans thought another may have finally arrived.*

*He was Jim Trakas, a smart and personable 30-year-old councilman from Independence, who in early 1996 announced he would seek to oust Paul Russo as chairman of the Cuyahoga County Republican Party.*

*Once GOP insiders stopped laughing, they set about the business of re-electing Russo, who was supported by the governor's (Voinovich's) political apparatus and most of the county's Republican officeholders.*

*Three months before the vote, Ohio Republican Party Chairman Bob Bennett said it would be virtually impossible for "some young fellow from Independence" to unseat a sitting party chairman. Paul Mifsud, Voinovich's powerful chief of staff, gave Trakas no chance of winning.*

*Trakas won.*

*While the big shots awaited the inevitable, Trakas was courting party regulars.*

*As political upsets go, on a scale of 1 to 10, this one was a solid nine.*

*Jim Trakas was on his way.*

*Two years later, he was elected to the Ohio House. If all went as planned, Trakas' next stop would be a down-the-ballot statewide office, then governor or senator.*

*Back then, supervising the Ohio State Board of Cosmetology wasn't on Trakas' career path.*

*But that unlikely, somewhat demeaning stop, is where his career reached the end of the line.*

**Earlier this month, Trakas resigned as the board's executive director after a report by the state's inspector general accused him of improper involvement in a disciplinary case involving a Columbus-area beauty salon.**

*At this point, it doesn't matter if Trakas jumped or was pushed by someone in the office of Gov. John Kasich.*

*The larger point was that a political career that began with such promise ended with Trakas having to resign a job that was high in pay (about $90,000), but at the bottom of the barrel in prestige.*

*Signs that Trakas' career might end badly first surfaced back in 2002, when Speaker Larry Householder stripped Trakas of his House leadership position for an alleged lack of loyalty.*

*In eight years in the legislature, Trakas had some successes, mostly in areas of school choice and higher education. But he never even sniffed stardom, earning the reputation among his colleagues as more of an opportunist than strategist, someone who never figured out how to be a successful elected official.*

*Prevented by term limits from seeking re-election to his suburban House district, in 2006 Trakas announced his candidacy for secretary of state, but eventually dropped out of the race.*

*In 2008 he ran for Congress against Dennis Kucinich, winning 39 percent of the vote.*

*Two years later, Trakas was a paid consultant in Ken Lanci's unsuccessful campaign for Cuyahoga County executive. With Republican Matt Dolan making a strong bid for the same job, Trakas' work for Lanci understandably infuriated many GOP faithful, especially Republican Chairman Rob Frost.*

*In the wake of his latest setback, Trakas acknowledged "it's time to step out of politics."*

*When I suggested his career fell far short of expectations, he replied, "I think you're totally right. I've had some really wonderful people who supported me over the years, I'm a middle-class guy who never understood the big money end of it. And it caught up with me."*

*Even in tough times, I've always found Trakas to be gracious and candid. But his explanation for what went wrong is a flight of fancy that rewrites some history.*

**A failure to understand "big money" didn't doom Jim Trakas' career. He did it himself.**

**Trakas pled guilty to DUI.**

Trakas was arrested in 1991 for driving under the influence with a blood alcohol content of .096, over the legal limit of .08. Due to the age of the case, only the docket information is available from the court and the relevant portion is included below. Trakas has made this arrest known in candidate profiles for Independence City Council.

Case no. 91TRC04623

Name of Defendant:      JAMES P TRAKAS
Defendant's Address:    7708 DALEBROOK ROAD
City, State, Zip:       INDEPENDENCE, OH 44131

Date of Birth: 05-05-65

Date of Violation: 05-22-91

Total Fines and Court Costs Paid: 687.00

VIOLATIONS:

| | | | |
|---|---|---|---|
| 4511.19A1*1 | OVI - STANDARD | | |
| PLEA: NG | | FINDING: NO | DATE: 10-02-91 |
| | | NO+ "Nolle" - Dismissed | |
| 4511.19A3*1 | BLOOD SERUM/PLASMA .096% | | |
| PLEA: NCOC | | FINDING: G | DATE: 10-02-91 |
| | | G= "Guilty" | |
| 4511.33 | DRIVING IN MARKED LANES | | |
| PLEA: | | FINDING: NO | DATE: 10-02-91 |
| | | NO= "Nolle" - Dismissed | |

---

**Trakas was stripped of his leadership position in the House of Representatives.**

***Householder strips GOP leaders of committee assignments, 8/27/2002***

*House Speaker Larry Householder stripped three GOP lawmakers of their committee assignments Tuesday.*

*The move came four days after several House Republicans threw their support behind the speaker to counter what they said was criticism of Householder's leadership style.*

*Householder, a Glenford Republican, stripped Rep. Bryan Williams of Akron of his chairmanships of the House Commerce and Labor Committee and the Select Committee on Ohio's Securities Industry. Householder also kicked Williams off both committees.*

*He removed Rep. Stephen Buehrer of Delta from his seat on the House Finance, Rules and Reference and State Government committees.*

**He also kicked Rep. Jim Trakas of Independence off the same committees. Both Buehrer and Trakas are members of the GOP leadership team.**

*Losing committee assignments means they can vote on bills only when the full House is in session. Householder said the changes were needed to refocus the GOP-controlled House.*

*"It's time for House Republicans to move forward, together, with the best interests of Ohio families at the forefront," Householder said in a release.*

*Trakas said he would not comment on Householder's action until he had a chance to talk with the speaker. He said he learned of the move when told by a reporter. He said he intends to win in November and return to the House.*

*"I don't think there ever was an insurrection and I certainly wasn't a part of it," Trakas said. "I look forward to a very exciting 125th General Assembly. I feel I'm an effective member of the caucus and I don't intend to roll over and play dead."*

*Messages were left for Householder, Williams and Buehrer.*

*On Friday, 11 House GOP members and two GOP candidates held a news conference to back Householder. They said criticism of his leadership style was unwarranted.*

*"It was wrong and it was divisive of the caucus," said Rep. Keith Faber, a Celina Republican. "Unequivocally, we support the speaker."*

*Such changes are not uncommon in the General Assembly.*

*Former Rep. David Hartley, a Springfield Democrat, butted heads with former Democratic speaker Vern Riffe numerous times.*

*He was twice stripped of committee chairmanships after refusing to give Riffe votes, especially if they conflicted with Hartley's pro-labor positions.*

---

## Trakas pushed for expansion of vouchers.

https://www.clevelandjewishnews.com/archives/house-votes-to-add-vouchers-ban-stem-cell-research/article_a96727ca-9045-5918-a4d3-690ad936923f.html

*In February, Taft proposed in his budget bill to spend $9 million to expand the Cleveland voucher program on an additional 2,600 students at 70 low-performing public schools statewide. But the House bill goes further. It would potentially spend $81 million to provide vouchers to 18,000 students residing in academically failing districts, Garver Keller says.*

*Currently, about 5,200 children in the Cleveland Municipal School District receive vouchers of up to $3,000 to attend private schools. Almost all are enrolled in religious, primarily Christian, schools.*

*The U.S. Supreme Court ruled in 2002 that the Cleveland voucher program was constitutional.*

***Rep. Jim Trakas (R-Independence) supported the House bill and says parents are searching for better schools so their children can get a better education.***

***"It's incumbent upon the state to (help parents) do that," he says. "If there is better education in a private school, and the parents like the results better, that's the parents' money, not the government's."***

---

**Trakas worked for a charter school that is accused of taking over $80 million in tax dollars for students it can't prove attended school.**

***ECOT goes to Ohio Supreme Court with $80 million, its survival and state's control of charter schools on the line*** *(February 11, 2018)*

*CLEVELAND, Ohio - The two-year battle over state funding for the ECOT online charter school goes to the Ohio Supreme Court Tuesday, with at least $80 million in tax dollars, the future of the school and Ohio's approach to charter schools all hanging in the balance.*

*It's a fight that has shut down the once-powerful online giant - at least temporarily - and displaced 12,000 students in the middle of the school year.*

*It's also a fight that has ramifications how the state grapples with its nationally-ridiculed $1 billion-per-year charter school industry.*

*Here's what you should know as this case goes to court:*

*Can I watch it?*

*The hearing will be broadcast live on the Ohio Channel, starting at 9 a.m.*

*Lawyers for the school and for the Ohio Department of Education will have 15 minutes each to make oral arguments to the justices. Justices can then ask questions to clarify the arguments, with a ruling expected late in the spring or early summer.*

*Ohio has lots of charter schools. Why is this one so important?*

*Because the Electronic Classroom of Tomorrow (ECOT) is the biggest charter school in Ohio - bigger than all but 13 school districts in the state - and was once the largest online school in the nation.*

*ECOT received more than $100 million in state tax dollars each year until the recent funding dispute, while drawing students and funding from 95 percent of the school districts in Ohio. Those include more than 800 from Cleveland, more than 200 from Akron and about 120 from districts like Parma and Elyria.*

*The state's attempt to make ECOT pay back up to $80 million in funding is also the strongest action Ohio has ever taken against a high-profile charter school. After a history of fudging rules to let some charters escape accountability, the Ohio Department of Education has has pressed its case against ECOT despite heated opposition.*

*That's a particularly dramatic shift for a politically-connected school, whose founder William Lager is a major donor to the Ohio Republican Party and Republican candidates.*

*What is this fight about?*

*Though many are critical of ECOT's academic record, that's not part of this dispute.*

*This case is instead about money - whether online schools like ECOT should be paid by the state based on their enrollment or whether schools have to document how much students participate in classes.*

*The Ohio Department of Education changed to the latter in 2016, after years of funding schools solely on enrollment. ECOT and its supporters say that violated state law and was imposed without warning.*

*Franklin County Common Pleas Court and a state appeals court have sided with the department so far, leaving it to the Ohio Supreme Court to decide.*

*How much of a difference did that change make?*

*Millions of dollars worth.*

*Under the new requirements, ECOT could document class participation of only 6,300 of its 15,300 students  for the 2015-16 school year-- a 59% gap - leading the state school board to demand that ECOT repay $60 million.*

*Then again last September, the state found that for the 2016-17 school year ECOT can properly document about 11,600 of the 14,200 students it claimed. ECOT could not prove that the other 18.5 percent of its students did enough classwork to satisfy the state.*

*That's another $20 million for the state to recover.*

*The state has also found a lack of documentation at other e-schools in the state and is seeking to recover money from them too.*

*Why did ECOT close?*

*ECOT has returned about $26 million of that money to the state since last July, calculations by State Auditor Dave Yost show. But Yost and the school project that returnng money at the same $4 million-per-month pace would leave ECOT broke by March.*

*The school was shut down Jan. 19 - at the end of its second quarter - to avoid running out of money mid-term.*

*What happened to the students?*

*All lost their school mid-year and must seek new ones - a process that is not yet complete. In an update to the state school board, State Superintendent Paolo DeMaria estimated Monday that 7,600 have either enrolled in new schools or have started doing so.*

*Early trends had students looking to other online schools like Ohio Virtual Academy and Ohio Connections Academy more than traditional schools.*

*Could they return to ECOT if the school wins?*

*Not this year. A ruling won't come soon enough, but the school could re-open next year since ECOT reserved that right.*

*What does the law say about funding?*

*It's complicated, or the case would have been easily resolved.*

*Much of state law talks about funding for charter schools being based on enrollment, with no requirements for showing participation. Laws require schools to offer "learning opportunities" but do not spell out whether students have to take advantage of them.*

*Other portions, though, refer to hours of learning and how many hours can be counted in a given day. Lawyers for the Ohio Department of Education have seized on these.*

*ECOT says...*

*In court hearings, ECOT officials said they should be paid for students, even if they rarely sign on and do just enough to avoid being declared truant. They also note that other schools, including traditional districts, don't have to prove class participation and collect money for students who skip class constantly.*

*"The Ohio Department of Education has taken it upon itself to unilaterally re-write Ohio law pertaining to the funding of eschools (but not other types of schools, whether of the traditional or charter variety)," ECOT lawyers write in their appeal. "And, it has done so despite the lack of any type of legislative change in the statutory funding formula."*

*The state says...*

*Lawyers for the Ohio Department of Education have called ECOT's position absurd.*

*"ECOT is claiming that...(it)could have earned over $100 million in taxpayer funding for the 2015-16 school year, even if not a single one of its students accessed a single learning opportunity for the entire year," they wrote the court recently. "Thankfully for Ohio's taxpayers and the families who entrust their children's education to eschools, that is not what the Funding Statute says, as two courts have already ruled."*

*Others weigh in*

*State officials and candidates are picking sides, with Republicans often backing the school and Democrats backing the department. Some have filed their own briefs with the court in support of their side.*

*- The Democratic Caucus of both the Ohio House and Senate say the state should count how much time students spend on online classes to determine funding.*

*"Those who are paid to educate students must actually provide education to students," the brief co-signed by Sen. Joe Schiavonni, a candidate for governor, reads. "If ECOT is permitted to receive full funding after not providing education to students in their charge, it will compound the harm already done to the children who were not taught."*

*Former Republican legislators, led by former House Speaker William Batchelder of Medina, say they voted for laws to specifically base charter school funding on enrollment, not participation, and that the state is going against their intent now.*

*"It was contrary to the clear legislative intent embodied in the statute," they said of the department's shift. "This Court should give effect to the legislative intent and reject ODE's attempt to make new policy."*

*Joining that brief were former Rep. Jim Trakas, who represented parts of Cuyahoga County, Chuck Calvert of Medina County and Bryan Williams of Summit County.*

*- The Ohio Coalition for Quality Education, a charter organization that has backed ECOT in several fights with the state, called the state's justification for the funding change a "tortured" reading of state law.*

*- And several other online schools - Akron Digital Academy, Newark Digital Academy, Phonenix Academy and Quaker Digital Academy - say the funding change caught them by surprise and that they lost money because they could not compile documentation retroactively.*

*They urged the court to reject "durational" requirements.*

*"The outcome will ultimately determine how the Academies are funded and, consequently, whether they will continue to exist in the future," they wrote.*

**Former Ohio GOP legislators: Pay schools even if kids aren't there**

http://highlandcountypress.com/Content/Opinions/Opinion/Article/Former-Ohio-GOP-legislators-Pay-schools-even-if-kids-aren-t-there/4/22/41131

*Well, it's come to this: Former Ohio legislators are now telling the Ohio Supreme Court that the state should pay schools for kids the schools says are there, even if they really aren't.*

*The filing was made on behalf of five former Republican members of the Ohio General Assembly earlier this month in a case that could well determine the very existence of Ohio's largest virtual school and the nation's largest dropout factory.*

*Does it surprise you that these legislators (according to Follow the Money https://www.followthemoney.org/) have received more than $50,000 in campaign contributions from Electronic Classroom of Tomorrow founder William Lager, and nearly $135,000 total from Lager and David Brennan – Ohio's charter school Godfather?*

*In fact, the lead legislator on the filing is William Batchelder – one of the longest serving state legislators in history who was Brennan's bag man on Ohio's school voucher legislation in the mid-1990s.*

*Batchelder left the Ohio Legislature in 2014. Shortly after that, he fell into a new job – lobbying for Bill Lager. Makes sense. Lager had paid him $45,000 (not to mention the tens of thousands he paid to the Ohio House Republican Caucus during Batchelder's time as Speaker of the House). Batchelder collected $67,000 from Brennan, and even more if you include Brennan's wife, Ann.*

*The second legislator named is Chuck Calvert, who left the Legislature the year I was elected, so I never really knew him. But he was the powerful chairman of the House Finance Committee for years. He collected $6,000 each from Lager and Brennan.*

*Then there's Mike Gilb – a lawmaker from northwest Ohio who took $4,000 from Brennan.*

***Jim Trakas is next, who collected $5,000 from Brennan and is now running dropout recovery schools in Cleveland that graduated 26 of 142 possible students last year.***

*Finally, Bryan Williams, who is now the Summit County Republican Party Chairman, replacing longtime Chairman Alex Arshinkoff. There's a profile of Williams on the 3rd Rail Politics website, which has deep connections with ECOT and its officials. Williams took money from Brennan during his time in the legislature, which ended in 2004.*

*But this isn't the only issue here. What these legislators are saying is when they developed the state's nationally ridiculed charter school funding and accountability system, they didn't mean for the Ohio Department of Education to check whether the kids charter schools were claiming to educate were actually being educated. All that mattered was whether the schools claimed that the students were there.*

*I kid you not. These former legislators are all arguing that they meant for ECOT to get their money regardless of whether the student was even participating in an educational program at ECOT.*

*What an indictment of our state's charter school regime.*

*Oh, did I mention that four of the seven Ohio Supreme Court Justices hearing the ECOT case have taken money from Lager (Justices O'Connor, O'Donnell, French and DeWine)?*

*Is it any wonder why Ohio's charter school funding system feels so rigged against taxpayers? And why schools like ECOT, which perform so poorly yet are paid so richly, are such a subject of national scorn?*

*One more interesting and telling thing about the filing: No current legislators signed onto it.*

**Since ECOT began operating in 2000, ECOT's founder and his associates have contributed over $2 million to state officials.**

*http://plunderbund.com/2017/10/20/dettelbach-career-politicians-let-ecot-get-away-with-millions/*

*In a speech Friday, Ohio Attorney General candidate Steve Dettelbach criticized state politicians for failing to do their job overseeing the Electronic Classroom of Tomorrow (ECOT)*

*Speaking to members of the Ohio Association of Public School Employees (OAPSE), Dettelbach noted that ECOT has been ordered to pay back nearly $80 million to the state of Ohio after it was determined that the school billed taxpayers for students it could not prove actually attended class over the last two school years.*

***Since ECOT began operating in 2000, ECOT's founder and his associates have contributed over $2 million to state officials.***

*"And here's the real crime – for years, politicians failed to ask for ECOT's actual attendance books and hold them accountable for cheating taxpayers, because they were too busy cashing campaign checks from those associated with the school," Dettelbach said. "Every Ohioan deserves to know – where were our elected officials who were supposed to be looking out for us?"*

*Dettelbach is a career prosecutor and a U.S. Attorney for the Northern District of Ohio, and noted during his speech that he is not a politician but rather someone who throughout his career has often held politicians and others accountable for wrongdoing.*

*"I prosecuted fraudsters of all types and corrupt politicians in both parties," he said. "As Attorney General I'll work with county prosecutors and law enforcement do the same."*

*Dettelbach said it's time to wipe the slate clean.*

*"We need to elect outsiders who will stand up for what's right and fix what's broken," he said. "And we can start by getting rid of this cozy culture in Columbus that led to ECOT."*

*In a stark confirmation of that cozy culture, five Republican former state representatives recently filed an amicus brief with the Ohio Supreme Court in favor of ECOT.*

*In a release Friday, Ohio Coalition for Equity & Adequacy of School Funding Director William Phillis called the amicus filing "jaw-dropping."*

**In the filing defending ECOT former Ohio House Speaker William Batchelder joined Charles Calvert, Mike Gilb, James Trakas and Bryan Williams.**

**"The gist of their brief is that the law provides for 'Enrollment-Based Methodology for Funding All Community Schools' and thus ODE erred in auditing on the basis of student 'participation,'" Phillis wrote.**

*"If the law actually specifies that charter schools are not required to document participation, state officials should be held accountable for malfeasance. Regardless, these former legislators should be conscience-stricken for arguing that charters are entitled to collect funds for students not participating in the 'education' provided," he concluded.*

**Charter school failure could be largest in state history** (*Dayton Daily News*)

*Parents of more than 1,000 students across the region are scrambling to find new schools for their children just days away from what could be the largest charter school failure in state history.*

*The Electronic Classroom of Tomorrow, an online school, notified parents this week they could suspend operations Jan. 19 as they work out issues with their sponsor, Educational Service Center of Lake Erie West.*

*The sponsor has said ECOT's finances won't keep it open through the school year considering a ruling that it repay the state $60 million for over-reporting student attendance. ECOT contests that ruling.*

*ECOT says it has nearly 12,000 students across the state, making it one of the state's largest school districts. It's as if a school district the size of Dayton's were suddenly shutting down, said Chad Aldis, Ohio policy director for the charter school think tank Thomas B. Fordham Institute.*

*"It's the largest charter school ever," he said.*

*ECOT students are spread throughout the region. There are 479 students in the Dayton school district who attend ECOT, while more than a dozen other local schools have at least a classroom's worth of students enrolled in the charter school.*

*Many of those students could come back to their public school district. Dayton school officials did not respond to questions Friday about how the closure could impact them.*

*Some parents are expected to try to enroll their children in one of Ohio's several other online schools.*

*Wherever the students go, "it's going to be a nightmare for the receiving school, but most importantly for the families involved," Aldis said.*

*ECOT has a large number of high school students, and Aldis fears some may drop out instead of continuing their education.*

*ECOT has until next week to respond to its sponsor and offer remedies that could prevent a closure, according to the Ohio Department of Education. For the moment, the school remains operational and students can log on for classes as normal.*

*"If it does close, families have several options," said Brittany Halpin, spokeswoman for the department. The department's website, education.ohio.gov, has a "Find a school" search on the homepage. By typing in the county of residence, parents will see a list of school options that include traditional school districts offer open enrollment, online and private schools.*

*Parents would then need to contact the chosen school to start the enrollment process.*