# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JIM TRAKAS,** | : |
| | : |
| **Plaintiff,** | : Case No. 1:18-cv-1798 |
| | : |
| v. | : Judge Donald C. Nugent |
| | : |
| **CONSERVATIVE ALLIANCE** | : |
| **POLITICAL ACTION COMMITTEE,** | : |
| **et al.,** | : |
| | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter has been set for trial on August 30, 2021. The Court has additionally ordered the parties, by July 19, 2021, to submit proposed findings of fact and conclusions of law on various pre-trial matters.

As a result of discussions, the parties stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Neither party admits wrongdoing or has paid the other compensation in connection with this Stipulation and/or the resulting dismissal of the action.

Any remaining court costs shall be borne by Plaintiff. Each party shall bear his/its own attorneys' fees and expenses.

So Stipulated:

| | |
|---|---|
| /s/ Christopher J. Hogan | /s/ *David J. Horvah* |
| Christopher J. Hogan (0079829) | David J. Horvath(0055989) |
| Marion H. Little, Jr. (0042679) | 7100 E. Pleasant Valley Road, Suite 110 |
| ZEIGER, TIGGES & LITTLE LLP | Independence, Ohio 44131 |
| 3500 Huntington Center | Tel: (216) 986-0860 |
| 41 South High Street | Fax: (216) 986-0861 |
| Columbus, Ohio 43215-6101 | djhorvath@hotmail.com |
| Telephone: (614) 365-9900 | |
| Facsimile: (614) 365-7900 | Attorney for Plaintiff Jim Trakas |
| hogan@litohio.com | |
| little@litohio.com | |
| Attorneys for Defendant | |
| Conservative Alliance Political Action Committee | |

1178-001:912589